UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Rexon Industrial Corporation, Ltd., )
)
Plaintiff, )
v. )    Civil Action No.: 04cv30180MAP
)
Porter-Cable Corporation, )
)
Defendant. )

## PLAINTIFF'S RULE 7.3 DISCLOSURE STATEMENT

Pursuant to Local Rule of Civil Procedure 7.3, Plaintiff Rexon Industrial Corp., Ltd., ("Rexon"), states that it does not have a parent corporation. Rexon further states that no publicly held corporation holds 10% or more of its stock.

Respectfully submitted,
Rexon Industrial Corp., Ltd.
By Its Attorney

Date: Sept. 10, 2004

J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

1