# United States District Court

_____ DISTRICT OF _____

REXON INDUSTRIAL CORPORATION, LTD.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30180-MAP

PORTER-CABLE CORPORATION

TO: (Name and address of defendant)

PRESIDENT
PORTER-CABLE CORPORATION
4825 US HIGHWAY 45 NORTH
JACKSON, TN 38305-9279

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. KEVIN GROGAN
McCORMICK, PAULDING & HUBER LLP
1350 MAIN STREET, 5th FLOOR
SPRINGFIELD, MA 01103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          9/10/04

CLERK                                                  DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Tennessee** | **County of Shelby** | **Uy.S.D.C. Court** |

Case Number: 04-30180-MAP

Plaintiff:
**RFEXON INDUSTRIAL CORPORATION,LTD.,**

vs.

Defendant:
**PORTER-CABLE CORPORATION,**

For:
McCORMICK, SPAULDING & HUBER LLP
City Place II
185 Asylum Street
Hartford, CT 06103-3402

Received by METRO LEGAL PROCESS, INC. to be served on **PORTER-CABLE CORPORATION, PRESIDENT, 4825 U.S. HIGHWAY 45 NORTH, JACKSON,TN**.

I, James R. Finney, being duly sworn, depose and say that on the **20th day of October, 2004** at **4:20 pm**, I:

Delivered a true copy of the **SUMMONS , AND FIRST AMENDED COMPLAINT** to STEVE CARNAL, MANAGER OF PRODUCT SAFETY. who stated HE/SHE was authorized to accept service for the defendant/or other entity in HIS/HER/THEIR absence.

**Description** of Person Served: Age: 50 , Sex: M , Race/Skin Color: Caucasion , Height: 6'0" , Weight: 200 , Hair: Black , Glasses: Y

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 21st day of October, 2004 by the affiant who is personally known to me

_____
NOTARY PUBLIC

James R. Finney
Process Server

**METRO LEGAL PROCESS, INC.**
3256-A Lucibill Ln.
Memphis, TN 38116
(901) 344-7704

Our Job Serial Number: 2004001447

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3d

TIME: 4:20 P.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE 10/20/04

NAME OF SERVER (PRINT) JAMES R. FINNEY

TITLE Private Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate/Authorized: By serving: STEVE CARNAL, MANAGER PRODUCT SAFETY, AT: PORTER-CABLE CORPORATION, Ltd., AT: 4825 U.S. Highway 45 (North), JACKSON, TN 38305

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $65.00 | $115.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

Signature of Server

METRO LEGAL PROCESS, INC
Address 3256 LUCIBILL LANE
MEMPHIS, TN 38116
(901) 494-3233

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.