AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

REXON INDUSTRIAL CORPORATION, LTD.

V.

PORTER-CABLE CORP., DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04C- 30180 MAP

TO: (Name and address of Defendant)

PENTAIR, INC.
5500 Wayzata Boulevard
Suite 800
Golden Valley, Minnesota  55416-1259

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, MA  01103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   10/7/04
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-19-04 |
| NAME OF SERVER (PRINT) ANDY COUGHLAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5500 WZATA BLVD., C/O DEB BROWN TNKR - EXECUTIVE SUITE 800, GOLDEN VALLEY, MN ASSISTANT - CLEAN AIR GROUP) TO PROCESS SERVER 55416-1259

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-20-04
               Date              Signature of Server

                                Address of Server

ARDEN PROCESS SERVICES, INC.
998 DANBURY CT.
EAGAN, MN  55123-1566

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.