℀AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

REXON INDUSTRIAL CORPORATION, LTD.

**SUMMONS IN A CIVIL ACTION**

V.

PORTER-CABLE CORP.,
DELTA INTERNATIONAL MACHINERY
CORP., and PENTAIR, INC.

CASE NUMBER:  04C-~~1387~~ 30180 MAP

TO: (Name and address of Defendant)

DELTA INTERNATIONAL MACHINERY CORP.
4799 S. Eason Boulevard
Tupelo, Mississippi  38801-6547

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, MA  01103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  10/7/04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | OCT 21 2004, 11:19 AM |
| NAME OF SERVER (PRINT) | TITLE |
| Ben Harris | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delta Intl Notwear 4 147 Eason Blvd Tupelo, MS 38801  FJ Bottcher vice president

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/04    *Ben Harris*
              Date        Signature of Server

161 Old Saltillo Rd Saltillo MS 38866
Address of Server

*JJBottcher*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.