## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04 C 030180 MAP |
| PORTER-CABLE CORPORATION, DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC., | |
| Defendant. | |

### ASSENTED-TO MOTION TO EXTEND TIME

Defendants Porter-Cable Corporation, Delta International Machinery Corp., and Pentair, Inc. move to extend the date for defendants to answer or otherwise respond to the Amended Complaint to December 1, 2004.

Plaintiff, through counsel, has assented to this motion.

Respectfully submitted,

PORTER-CABLE CORPORATION,
DELTA INTERNATIONAL MACHINERY
CORP., and PENTAIR, INC.,
By their attorneys,

Bruce E. Falby BBO No. 544143
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6100

Dated: November 18, 2004

~BOST1:312970.v1