UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                     )
REXON INDUSTRIAL CORPORATION, LTD.,  )
        Plaintiff                    )
                                     )  C. A. No. 04-CV-30180-MAP
v.                                   )
                                     )
PORTER-CABLE CORPORATION,            )
DELTA INTERNATIONAL MACHINERY CORP., )
and PENTAIR, INC.,                   )
        Defendants                   )
_____)
```

**ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendants Porter-Cable Corporation ("Porter-Cable") and Delta International Machinery Corp. ("Delta") hereby move to extend the time for them to answer or otherwise respond to the Amended Complaint in this action until December 29, 2004. As grounds for this motion, Porter-Cable and Delta state as follows:

1. Plaintiff filed this action in the United States District Court for the District of Massachusetts on September 10, 2004, and served summonses on Porter-Cable and Delta on October 20, 2004 and October 19, 2004 respectively.

2. On November 22, 2004, Attorney Bruce Falby filed an Assented-To Motion for Extension of Time to December 1, 2004 in favor of all three Defendants in the action. This Motion was allowed by the Court on December 3, 2004

3. Defendants Porter-Cable and Delta have recently retained undersigned counsel in this matter.

4. Undersigned counsel has consulted with Plaintiff's Attorney, Arthur F. Dionne, who has assented to this Motion.

WHEREFORE, with the assent of Plaintiff, Defendants Porter-Cable and Delta respectfully request that this Court allow the extension of the time within which these Defendants must file responsive pleadings to Plaintiff's Complaint until the agreed date of December 29, 2004.

        Respectfully submitted,
        DEFENDANTS PORTER-CABLE CORP.
        and DELTA INTERNATIONAL
        MACHINERY CORP.,
        By Their Attorney,

Dated:  December 15, 2004

        /s/ C. Jeffrey Kinder
        C. Jeffrey Kinder, BBO# 563890
        FIERST, PUCCI & KINDER LLP
        64 Gothic Street, Suite 4
        Northampton  MA  01060-3042
        413-584-8067
        413-585-0787 (facsimile)
        kinder@fierstpucci.com

ASSENTED TO:
Plaintiff, REXON INDUSTRIAL CORP., LTD.
By Its Attorney:

/s/ Arthur F. Dionne
Arthur F. Dionne - BBO No. 125760
MCCORMICK, PAULDING & HUBER, LLP
1350 Main Street, 5th FL
Springfield  MA  01103
413-736-5401
413-733-4543 (facsimile)
dionne@ip-lawyers.com