UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>PORTER-CABLE CORPORATION, DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC.,<br><br>    Defendant. | Civil Action No. 04 C 030180 MAP |

### ASSENTED-TO MOTION TO EXTEND TIME

Defendant Pentair, Inc. moves to extend the date to answer or otherwise respond to the Amended Complaint to January 14, 2005.

Plaintiff, through counsel, has assented to this motion.

                                    Respectfully submitted,

                                    PENTAIR, INC.,
                                    By its attorneys,

                                    _____
                                    Bruce E. Falby BBO No. 544143
                                    PIPER RUDNICK LLP
                                    One International Place
                                    Boston, MA  02110
                                    Phone:  (617) 406-6000
                                    Fax:  (617) 406-6100

Dated:  December 16, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____

~BOST1:314749.v1