# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :  5,285,708
DATED       :  February 15, 1994
INVENTOR(S) :  Bosten et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item (21):    Appl. No.:, "855,313" should read --885,313--.

Col. 1, line 55, "3-½ X 3-½" " should read --3-½" x 3-½"--.

Col. 4, line 58, "special" should read --spacial--.

Col. 7, line 39,40,41, delete "to an operational position for engagement with the workpiece" after the word "workpiece".

Col. 7, line 44, "projecting" should read --projection--.

Col. 8, line 10, claim 6, "special" should read --spacial--.

Col. 9, line 10, claim 18, "planarbeam" should read --planar beam--.

Signed and Sealed this

Twentieth Day of September, 1994

Attest:

*Bruce Lehman*

BRUCE LEHMAN

Attesting Officer    Commissioner of Patents and Trademarks