

US005375495A

# United States Patent [19]

Bosten et al.

[11] Patent Number: 5,375,495

[45] Date of Patent: * Dec. 27, 1994

[54] **OPTICAL ALIGNMENT SYSTEM FOR CIRCULAR POWER SAWS**

[75] Inventors: **Donald R. Bosten; John R. Kriaski; John W. Schnell; James P. Nichols, Jr.**, all of Jackson, Tenn.; **Steven H. Plume**, St. Charles, Mo.; **Matthew G. Popik; Dennis C. Huntsman**, both of Jackson, Tenn.; **Randy G. Cooper**, Milan, Tenn.; **David V. Keller**, Jackson, Tenn.

[73] Assignee: **Porter-Cable Corporation**, Jackson, Tenn.

[ * ] Notice: The portion of the term of this patent subsequent to Feb. 15, 2011 has been disclaimed.

[21] Appl. No.: **63,518**

[22] Filed: **May 18, 1993**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 885,313, May 18, 1992, Pat. No. 5,285,708.

[51] **Int. Cl.**5 .......................... **B26D 7/00**; B27B 5/20; B27B 9/00

[52] **U.S. Cl.** .................................... **83/520**; 83/471.3; 83/490; 30/388; 362/89

[58] **Field of Search** ...................... 83/520, 521, 471.3, 83/478, 490, 397; 362/89, 259, 287; 30/388, 390, 391

[56] **References Cited**

U.S. PATENT DOCUMENTS

1,476,238 12/1923 Bump .
1,804,764 5/1931 Grant .
2,307,820 1/1943 Butters .
2,357,194 8/1944 Hazelton et al. .
2,488,947 11/1949 Vavrik .
2,806,492 9/1957 Becker .
4,257,297 3/1981 Nidbella .
4,413,662 11/1983 Gregoire et al. .
4,503,740 3/1985 Brand et al. .
4,676,130 6/1987 Nutt .
4,725,933 2/1988 Houk .
4,805,500 2/1989 Saito et al. .
4,817,839 4/1989 Weissman .
4,833,782 5/1989 Smith .
4,885,965 12/1989 Weissman .
4,885,967 12/1989 Bell et al. .
4,887,193 12/1989 Dieckmann .
4,934,233 6/1990 Brundage et al. .
4,945,797 8/1990 Hahn .
5,038,481 8/1991 Smith .

OTHER PUBLICATIONS

"Product Picks from the National Hardware Show" *Fall Homes 1992*, Sep. 23, 1992.
"Delta, Building Trades and Home Shop Machinery", published Jan.1993, (see generally pp. 5–25).

*Primary Examiner*—Eugenia Jones
*Attorney, Agent, or Firm*—Merchant, Gould Smith, Edell, Welter & Schmidt

[57] **ABSTRACT**

An optical system for projecting an alignment marker on to a workpiece relative to the circular blade of a power saw. The light projection system projects a planar beam of light along a plane defined by one side of the blade to designate the location at which that side of the blade will enter the workpiece. An adjustment mechanism may be included to allow movement of the light projection system so that the planar beam of light can be selectively located parallel to the plane defined by either side of the blade.

**21 Claims, 7 Drawing Sheets**





FIG. 1
52
48
10
66
68
34
64
26
72
40
56
28
42
50
58
θ
36
30
62
24
78
22
12,60
44
14
18
46
20
46
16
FIG. 2
84
80
64
66
62
94
92
90
θ
12
86
88


FIG. 3
118
122
124
48
112
120
66
36
64
"L"
104
116
106
126
114
88
100
110
102
104
56
108
"R"
12
"S"


FIG. 4
30
32
50
37
134
28
26
136
156
152
154
150
5
130
128
132
176
40
134
148
36
140
138
142
144,146
54
58
48
5


FIG. 5
154
164
158
174
38
168
166
170
172
"X"
"F"
162
160
140
136
164


FIG. 6
200
202
204
206
208
210
212
214
216
218
220
222
224
228
230
232
234
236
238
240
242
244
246
248
250
266
θ


FIG. 7
207
200
264
"W"
216
218
266
262
260
204

FIG. 8A




FIG. 8B




FIG. 8C



# OPTICAL ALIGNMENT SYSTEM FOR CIRCULAR POWER SAWS

This application is a continuation-in-part of application Ser. No. 07/885,313, entitled MITER SAW, filed May 18, 1992, U.S. Pat. No. 5,285,708.

## FIELD OF THE INVENTION

The present application relates to a power saw with an optical alignment system, and more particularly, to a circular saw with an optical system for projecting an optical alignment marker onto a workpiece.

## BACKGROUND OF THE INVENTION

In order to align the blade of a power saw with a cutting line on a workpiece, the operator must typically bring the blade into contact with the workpiece to determine if the saw is properly aligned with the cutting line. As is familiar to those skilled in the art, it may be necessary to repeat this procedure several times in order to achieve proper alignment for precision cutting. This procedure is time consuming, and the desired precision is often not achieved, resulting in wasted time and materials.

Moreover, circular saw blades have a discrete width. If the blade is centered over the cutting line, more material than required will be removed. For example, if the blade is centered directly over the cutting line, the cut in the workpiece will be inaccurate by an amount approximately equal to half the width of the blade. The cutting line, which is generally a pencil mark, or scribe mark on the workpiece, also has a discrete width, further complicating alignment. Consequently, it is often difficult to determine precisely where the blade will engage the cutting line.

U.S. Pat. No. 4,257,297, issued to Nidbella on Mar. 24, 1981 discloses a power saw where the blade is interposed between an incandescent bulb and the workpiece. The blade interrupts the light and casts a shadow onto the workpiece generally showing the edges of the blade. However, circular blades are typically out of flatness by 0.005–0.015", causing the shadow to inaccurately reflect where the blade will engage the workpiece. Moreover, the teeth on circular blades are often angled away from the plane of the blade, creating a jagged-edged shadow. This drawback is also present in blades having carbide tips wider than the body of the blade. Therefore, the overall accuracy of shadow system is inadequate for precision woodworking.

## SUMMARY OF THE INVENTION

The present invention relates to a power saw with an optical system for projecting an optical alignment marker onto a workpiece.

The optical system comprises a light projection system which is attached to the power saw. An optical alignment marker is projected onto the workpiece so that the location at which the blade engages the workpiece is in a selectively adjustable relationship with respect to the position of the alignment marker on the workpiece. The optical system may be used with any power saw utilizing a circular cutting blade. Such saws include table saws, miter saws, compound or slide miter saws, cutoff saws, hand-held circular saws, and radial arms saws.

The light projection system is preferably attached to the power saw and projects a planar beam of light having a thickness and two sides past one side of the blade onto the workpiece in order to form a linear alignment marker on the workpiece. The light projection system includes an adjustment mechanism for adjusting the alignment marker so that the side of the alignment marker facing the blade is coincident with the plane defined by the maximum projection of one side of the blade, whereby the alignment marker indicates the location at which the maximum projection of that side of the blade will enter the workpiece.

The light projection system is preferably attached to the upper blade guard of the power saw so that the spatial relationship between the blade and the alignment marker remains constant, regardless of the orientation of the power saw.

In another embodiment, the adjustment mechanism for the light projection system allows for selectively adjusting the alignment marker so that the side of the alignment marker is coincident with a plane defined by a selected side of the blade, whereby the side of the linear alignment marker designates the location at which the selected side of the blade will enter the workpiece.

In yet another embodiment, the light projection system generates a non-linear alignment marker which is adjusted so that a portion of the alignment marker is coincident with plane defined by one side of the blade.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a perspective view of a preferred miter saw with an optical alignment marker;

FIG. **2** illustrates the preferred laser source for generating the optical alignment marker;

FIG. **3** illustrates a preferred adjustment system for adjusting the orientation of the light projection system of the present alignment invention;

FIG. **4** illustrates a top sectional view of a preferred belt-driven miter saw with an adjustable pulley system;

FIG. **5** illustrates a sectional view of a preferred adjustment mechanism for use with a motorized belt-driven miter saw;

FIG. **6** illustrates a side view of the preferred hand-held circular power saw with the light projection system mounted on the upper blade guard;

FIG. **7** illustrates a front view of the preferred hand-held circular saw with an adjustable base plate for making angular cuts in a workpiece; and

FIGS. **8A–8C** illustrate three possible alternate alignment marker configurations.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention is directed to a power saw with an optical system for projecting an optical alignment mark onto a workpiece. The light projection system of the present invention is intended to be compatible with any power saw utilizing a circular blade, including table saws, miter saws, compound and slide miter saws, cutoff saws, frame and trim saws, radial arm saws, or hand-held circular saws. Although the two specific examples set forth in this application are directed to a miter saw and a hand-held circular saw, they are only intended as examples which in no way limit the scope of the claimed invention. Some of the possible circular saws with which the present light projection system is compatible are set forth in a catalog entitled "DELTA, Building Trades and Home Shop Machinery", published January 1993, which is hereby incorporated by

reference as if fully set forth herein (see generally pages 5–25).

FIG. **1** illustrates a miter saw **10** with a preferred optical alignment marker **12** projected onto a workpiece **14**. While FIG. **1** illustrates the preferred linear optical alignment marker **12**, it will be understood from the discussion below that the optical alignment marker may be of a wide variety of configurations. The miter saw **10** preferably comprises a base **16** having a work surface **18** for supporting the workpiece **14**. A turntable **20** is rotatably supported by the base **16**. A fence **22** is disposed above the base **16** for supporting the orientation of the workpiece **14** located on the base **16**. A support **24** is coupled by conventional means to the rear portion of the turntable **20**.

The miter saw **10** shown in FIG. **1** further comprises a cutting apparatus **26** for cutting the workpiece **14**. The cutting apparatus **26** generally comprises a support arm **28** coupled to the support **24** by a support coupling **30** for positioning the cutting apparatus **26** between a raised, rest position and a lowered, operational position. A support spring **32** (See FIG. **4**) is enclosed within the support coupling **30** for biasing the cutting apparatus **26** to the raised, rest position. A motor **34** is connected to a blade **36** by an adjustable pulley system **38** (See FIG. **5**), which is concealed behind a belt housing **40**. A cutter travel screw **42** is used to establish the maximum travel of the blade **36**. A power cord **78** is provided for powering the motor **34**.

In its preferred configuration, the miter saw **10** will cut any angle from a 90° cut to 47° right or left. To adjust the angle of cut, a turntable handle **44** is loosened, enabling the turntable **20** to be set at a particular angle relative to the fence **22**. The miter saw **10** is preferably equipped with positive stops **46** at various intervals in order to more securely retain the turntable **20** at particular angles.

The blade **36** is protected by a fixed upper blade guard **48** and a movable lower blade guard **50**. When a cut is made to a workpiece **14**, the lower blade guard **50** automatically moves upward in order to expose the blade **36** to the workpiece **14**. The lower blade guard **50** rotates about a pivot located on the inside surface of the upper blade guard **48** (not shown). To operate the saw **14**, the operator grasps a handle **52** and presses a trigger **54** (see FIG. **4**) to activate the miter saw **14**. The operator then presses the cutting apparatus **26** downward into the workpiece **14** so that the lower blade guard **50** is retracted and the blade **36** engages the workpiece **14**.

Those skilled in the art will recognize that many configurations of motorized miter saws are possible, including changes to the base, turntable, motor arrangements, guard arrangements, linkage arrangements, dimensions, and the like. The general configuration of the miter saw **10** illustrated in FIG. **1** is set forth by way of example only.

FIG. **1** also illustrates portions of the preferred light projection system **56** of the present alignment invention. The light projection system **56** is preferably mounted in the front portion of the upper guard **48** so as to minimize the amount of sawdust and other debris coming in contact with the system **56**. In the preferred embodiment, the lower blade **50** guard has a slit **58** in the front portion to allow the optical alignment marker **12** to pass unobstructed to the workpiece **14**. However, it will be understood by those skilled in the art that a number of configurations are possible for orienting the light projection system **56** of the present alignment invention. In particular, the light projection system **56** may be attached to any suitable surface on a miter saw.

Attaching the light projection system **56** to the upper blade guard **48** insures that the optical alignment marker **12** will always indicate the location where at least one side of the blade will enter the workpiece, regardless of the orientation of the blade. This feature is important for compound or slide miter saws which permit the cutting apparatus to be oriented to virtually any position with regard to the workpiece. In any saw incorporating the present optical alignment system, the mounting location of the system (e.g., a blade guard) must be securely retained to the saw system so that an adjustable, but definite relationship is created between the alignment marker and the saw blade.

The preferred optical alignment marker **12** of the present alignment invention is of a generally linear configuration substantially parallel to the blade. The optical alignment marker **12** is preferably a beam of coherent visible light having a width, for example, of 0.030″. This configuration allows the operator to align the optical alignment marker **12** in a predetermined relationship with a cutting line **60** on the workpiece **14**. However, it will be understood that a variety of optical alignment marker configurations are possible. For example, FIG. **8A** illustrates an optical alignment marker **270** configured as an arrow directed to the cutting line **60** on the workpiece **14** showing the location where one side of the blade will enter the workpiece. FIG. **8B** illustrates an optical alignment marker **270** configured as a series of dots along the cutting line **60** on the workpiece **14**.

In yet another embodiment illustrated in FIG. **8C**, a pair of arrows **275** could be projected onto the workpiece **14** which identify where each side of the blade will enter the workpiece. Because the light projection system **56** projects the alignment marker **12** parallel to the side of the blade, an optical off-setting mechanism, such as a pair of mirrors, may be employed to offset one of the arrows the width of the blade **36** so that each arrow is projected parallel to one side of the blade. The location of the mirrors are preferably adjustable to compensate for different width blades.

The linear alignment marker **12** has a fan angle **62** which is preferably determined so that its length generally corresponds to the distance from the front to the rear of the turntable **20**, when the cutting apparatus **26** is in the raised position. For applying the present system to circular saws in general, the optical alignment system is located so that it projects a beam of light past the selected side of the blade for alignment with a plane defined by that side of the blade and onto a suitable portion of the workpiece. In the preferred embodiment discussed herein, a line generator creates a fan angle of coherent laser light of approximately 35°, plus or minus 5° to insure that the linear alignment marker **12** will be focused generally on the workpiece **14**.

The preferred light projection system **56** of the alignment invention has two sensor lights, **64**, **66**, preferably on the front of the upper guard **48**, although the sensor may be located on any suitable surface. The first sensor light **64** is preferably green and indicates that the light projection system **56** is operating. In the preferred embodiment, the light projection system **56** and the first sensor light **64** are continuously activated whenever the miter saw **14** is plugged into an electrical outlet, thereby signaling to the user that the saw **14** is plugged-in. It will be understood that the light projection system **56** may

alternatively be activated/deactivated by a switch or attenuated by some mechanical means.

The second sensor light **66** is preferably red and indicates that the light projection system **56** has shut off due to a high temperature or a low temperature condition. In the preferred light projection system **56** of the present alignment invention, the red shut off light is triggered when the ambient temperature is below −10° C. or above 48° C.

As will be discussed in detail below, the light projection system **56** is preferably equipped with a series of adjustments for selectively adjusting the relationship of the blade **36** with respect to the position of the optical alignment marker **12** on the workpiece **14**. FIG. **1** illustrates the preferred lateral adjustment mechanism, which comprises a right push knob **68** and left push knob **70** (See FIG. 3). Lateral movement of the light projection system is preferably limited by an upper end stop **72** (shown in FIG. **1**) and an end stop (not shown) on each side of the upper blade guard **48**.

FIG. **2** illustrates the electrical portion of the preferred light projection system **56** of the present alignment invention. A transformer (not shown) connected to the main power cord **78** converts standard house current (110 volts AC) to preferably 5 volts (DC). The transformer is connected by wires **80** to the control electronics (not shown), which are contained within a sealed control box **84**. The first and second sensor lights, **64**, **66**, discussed above, are mounted to the control box **84**. A laser barrel **86** with a pivot pin **88** contains a laser source **90**, which is connected to the control electronics.

The laser **90** is preferably a visible laser diode with 5.0 milliwatts maximum output and a wavelength of 620 to 680 nanometers. Government regulations require that the laser comply with FDA 21 CFR 1040.10 and 1040.11 class IIIA laser products. It will be understood by those skilled in the art that a variety of light projection systems **56** are possible, and that it is possible to use a non-coherent light source. It will also be understood by those skilled in the art that in order to generate the preferred linear alignment marker **12**, the coherent laser light from the laser preferably passes through a lens **92**, which generates a point source of light. The point source of coherent laser light then passes through a spherical line generator **94** to generate the generally linear alignment marker **12**.

FIG. **3** illustrates the preferred adjustment mechanism **96** for adjusting the spacial relationship between the optical alignment marker **12** and the blade **36**. The light projection system **56** is substantially contained within a housing **100** which is mounted in the front portion of the upper blade guard **48**. The laser barrel **86** (See FIG. 2) is mounted behind a laser assembly cap **102** and is oriented to project downward onto the workpiece **14**. The laser assembly cap **102** has a pair of slotted holes **104** through which two screws **106**, **108** pass to anchor the cap **102** to the housing **100**. By loosening the screws **106**, **108**, the laser assembly cap **102** can be rotated so that the optical alignment marker **12** may be moved on the workpiece **14** along an axis perpendicular to the blade **36**, illustrated by arrows "S".

The pivot pin **88** extends through an opening **110** in the front of the laser assembly cap **102**, which allows the laser barrel **86** to be rotated within the housing **100**. Rotation of the laser barrel **86** via the pivot pin **88** allows adjustment of the parallelism of the optical alignment marker **12** with respect to the blade **36**, illustrated by arrows "R".

The housing **100** has a series of slide grooves **112** which engage with a pair of slide rails **114** on a slide plate **116**. The slide plate **116** is mounted inside the upper blade guard **48**. By pressing the left push knob **70** or right push knob **68** (See FIG. **1**), the operator can move the light projection system **56** laterally in the direction "L". The lateral movement of the light projection system **56** allows the alignment marker **12** to be located on either side of the blade **36**. In its preferred operation, the light projection system **56** is pressed completely to one side or the other until it engages the end stops. However, it will be appreciated that the lateral adjustment system of the present alignment invention permits the light projection system **56** to be located at any position along the travel of the slide plate **116**.

The housing **100** is mounted to the slide plate **116** by a pair of housing screws **118**, **120** which pass through a pair of laterally slotted openings **122**, **124** that allow the housing **100** to be moved in the lateral direction. Preferably, a pair of biasing springs **126** are interposed between the slide plate **116** and the housing **100** to secure the light projection system **56** at a particular location. The biasing springs **126** preferably generate approximately 8 lbs. of force. It will be understood by those skilled in the art that a variety of systems could be used to retain the light projection system **56** in a particular position. It also will be appreciated that the light projection system **56** of FIG. **3** may be enclosed within an exterior housing (not shown) so that it may be attached to any suitable surface on a miter saw.

Because circular saw blades rotate at high speeds, the width of the cut in the workpiece made by the blade **36** will reflect the maximum width of the blade. For example, if the saw blade is not perfectly flat, or one or more teeth on the blade project out from the nominal plane defined by the side of the blade, the cut in the workpiece will be wider than the nominal width of the blade. One advantage of the present invention is that the highly visible alignment marker of the light projection system **56** may be easily adjusted so that it is tangent to a plane defined by the widest portion of the blade, rather than the nominal plane of the blade.

FIG. **4** illustrates a top sectional view of preferred miter saw **10** having a blade **36** with a width **37**. As discussed above, the preferred support spring **32** is located internally to the support coupling **30**. However, it will be understood that a variety of configurations are possible. For applications in which a lower blade guard is applicable, FIG. **4** also illustrates a slit **58** in the lower blade guard **50** through which the optical alignment marker **12** preferably passes. A cover plate **128** is included on the upper blade guard **48** for providing access to a blade flange **130** and blade bolt **132**. The cover plate **128** is held secure to the upper blade guard **48** by a pair thumbscrews **134**.

The preferred motor **34** contained within a motor housing **136** has an elongated motor shaft **138** supported by a pair of motor shaft bearings **140**, **142**. One end of the shaft preferably has a series of machined grooves **144** that operate as a motor pulley **146** for engaging a drive belt **148**. The outside diameter of the preferred motor pulley **146** is 0.468".

A blade pulley **150** is coupled to the blade **36** by an elongated blade shaft **152**. The outside diameter of the blade pulley is preferably 1.410" and contains a series of grooves which correspond to the motor pulley **146**. The

blade shaft **152** is also supported by a pair of blade shaft bearings **154**, **156**. The elongated motor and blade shafts **138**, **152** provide support to counteract the torque caused by the drive belt **148**. The motor pulley **146** and blade pulley **150** combination preferably provides a 3:1 reduction. The motor **34** preferably runs at between 17,000–19,000 rpm's and the 3:1 reduction of the pulleys **138**, **152** causes the blade **36** to run at a no-load speed of approximately 5600 rpm's.

The blade **36** is anchored to the blade shaft **152** by the blade flange **130** and blade bolt **132**. Underwriters Laboratories specifies that the blade flange **130** must be at least 1.75" in diameter. In the preferred embodiment of the pulley system invention, the portion of the blade housing **40** proximate the blade pulley **150** is generally the same diameter as the blade flange **132** so that the blade pulley **150** and belt housing **40** do not reduce the cutting radius of the blade **36**.

It will be understood by those skilled in the art that the small diameter of the motor pulley **146** will create extreme heat on the drive belt **148**. Applicants have found that a drive belt **148** constructed of Kevlar® (low yarn density) provides large force transmission without being damaged by the corresponding heat. The preferred belt of the present invention is available from Circular Technologies of Boulder, Colo.

Turning now to FIG. **5**, which is a sectional view of FIG. **4**, the preferred pulley tensioning system **38** comprises a first rigid member **158** and a second rigid member **160** with opposing beveled surfaces **162** interposed between the blade bearing **154** and the motor bearing **140**. The second rigid member **160** is preferably stationary. The first rigid member **158** is allowed to move in the direction "X" so that relative movement of the beveled surfaces **162** increases or decreases the force in the direction "F". Rubber plugs **164** are provided to secure the outer surface of the bearings **140**, **142**, **154**, **156**, to the motor housing **136**.

A tension adjustment screw **166** having a head **168**, a threaded portion **170** and a wear plate **172** may be attached to the first rigid member **158** through a slotted opening **174** in the motor housing **136**. Rotation of the tension adjustment screw **166** in the clockwise direction moves the first rigid member **158** toward the head **168** of the tension adjustment screw **166**, whereby the distance between the blade bearing **154** and the motor bearing **140** is increased. The wear plate **172** allows the tension adjustment screw **166** to move within the slotted opening **174**. Referring again to FIG. **4**, a set screw **176** with a nylon tip is provided to prevent the pulley tensioning system **38** from moving due to vibration.

In the preferred belt tensioning system **38**, a total of 0.090" of adjustment is available. Approximately 0.060" is used for putting on or taking off the drive belt **148**. The remaining 0.030" is available for tensioning the belt **148** as it stretches. It will be understood that the adjustment range of the belt tension system **38** may vary depending on the length and construction of the belt, the type of pulleys, etc.

Applicants have found that the tensioning system **38** of the present pulley system invention extends the life of the drive belt **148**, since additional tension can be placed on the belt **148** as it wears and stretches over time. Further, belt tensioning system **38** allows the drive belts **148** to be manufactured to a looser tolerance, thereby decreasing its manufacturing cost.

In another embodiment, FIG. **6** illustrates a handheld circular saw utilizing the preferred light projection



system of the present invention. The circular saw **200** is contained within a housing **202**. A blade **204** is attached to a motor **207** (see FIG. **7**) by a blade flange **206** and a blade nut **208**. A power cord **210** is preferably attached to a handle **212** on the housing **202** for providing electric current to the motor (not shown).

The circular saw **200** preferably has a retractable lower blade guard **214** and a fixed upper blade guard **216**. The light projection system **218** is preferably attached to the upper blade guard **216** toward the leading edge of the circular saw **200**.

A light system housing **220** preferably protects the light projection system **218** from external environmental contamination. The light projection system **218** contains a control box **222** with the necessary electronics (not shown) for controlling operation of the laser source **224** and an adjustment mechanism similar to the adjustment mechanism **96** discussed above.

Preferred laser mechanism **224** is oriented to project a plane of light downward onto the workpiece (not shown) with one side of the beam of light facing and aligned with a plane defined by a selected side of the blade **204**. The fan angle **266** is preferably large enough to project the alignment marker both in front of the blade **204** and along a portion of the blade **204** to insure proper alignment. The edge of the alignment marker corresponding to the side of the planar beam of light facing the blade then indicates where the selected side of the blade will enter the workpiece.

A laser assembly cap **228** contains a pair of slotted holes (not shown) through which two screws **230**,**232** pass to anchor the cap **228** to the light projection system **218**. By loosening the screws **230**, **232**, the laser assembly cap **228** can be rotated so that the optical alignment marker may be moved on the workpiece along an axis perpendicular to the blade **204**, as illustrated in FIG. **3** by the arrows "S".

A pivot pin **234** extends through an opening in the laser assembly cap **228**, which allows the laser assembly **224** to be rotated. Rotation of the laser assembly **224** via the pivot pin **234** allows adjustment of the parallelism of the optical alignment marker with respect to the blade **204**, as illustrated in FIG. **3** by the arrows "R".

The light projection system **218** has a series of slide grooves **236** which engage a pair of slide rails **238** on a slide plate **240**. By pressing the left push knob **70** or right push knob **68** (see FIGS. **1** and **3**), the operator can move the light projection system **218** laterally in the direction "L" as illustrated in FIG. **3**. The lateral movement of the light projection system **218** allows the alignment marker to be located on either side of the blade **204**. While the preferred adjustment mechanism **224** provides end stops to allow quick and easy movement of the light projection system **218** from one side of the blade **204** to the other, it will be understood by those skilled in the art that the light projection system **218** may be located at any position over its range of movement.

The slide plate **240** is mounted to the light projection system **218** by a pair of housing screws **242**, **244** which pass through a corresponding pair of laterally slotted openings **246**, **248**. The laterally slotted opening **246**, **248** allow the entire slide plate **240** to move along a fixed axis generally perpendicular to blade **204**. Preferably, a bias spring **250** is interposed between the slide plate **240** and the head of the housing screw **244** to retain the light projection system **218** at a particular location.

FIG. 7 illustrates a front view of the hand-held circular saw **200** containing the light projection system **218**. The blade **204** has a width "W" which extends below a base plate **260** for engagement with the workpiece.

The base plate **260** is pivotally attached to the housing **202** at a pivot point **262**. By reducing the tension on the clamping nut **264**, the base plate **260** can be rotated along the slot **266** to an angle of approximately 45° with respect to the blade **204**. When the desired angle is reached, the clamping nut **264** is tightened to retain the base plate **260**. Because the light projection system **218** is attached to the upper blade guard **216** of the circular saw **200**, the relationship between the blade **204** and the light projection system **218** remains constant irrespective of the angle of the base plate **260**.

As discussed above, the claimed light projection system is intended to be used with a variety of power saws utilizing circular blades. With respect to table saws or bench saws, it is preferable to attach the light projection system to an upper blade guard which maintains a fixed relationship with respect to the blade.

Attaching the light projection system to the upper blade guard is also ideal for use on compound or slide miter saws. Because the power saw can be rotated through a variety of planes relative to the workpiece, it is important that the light projection system maintain a constant relationship with respect to the blade. By doing so, the alignment marker always provides an accurate indication of the location at which one side of the blade will enter the workpiece.

It will be understood by those skilled in the art that the present inventions are not limited to the examples discussed above, but may be changed or modified without departing from the spirit or scope of the invention. It will be understood by those skilled in the art that a wide variety of circular saw configurations may incorporate the light projection system or adjustable pulley system of the present invention. Further, it will be recognized that the light projection system of the present alignment invention may be attached to any suitable surface on a circular saw.

We claim:

**1**. A power saw with an optical system for projecting an optical alignment marker onto a workpiece, comprising:

a power saw housing;

cutting means, generally contained within the housing, including a circular blade for cutting the workpiece, the blade having a radius, two sides, and a width;

motor means for rotating the blade; and

light projection means attached to the housing for projecting a coherent planar beam of light onto the workpiece in order to form a linear optical alignment marker on the workpiece, the light projecting means further comprising adjustment means for adjusting a position of the alignment marker in order to indicate a location at which the blade will enter the workpiece, the adjustment means comprising:

lateral adjustment means for moving the position of the optical alignment marker laterally with respect to one of the sides of the blade; and

means for rotating the position of the optical alignment marker on the workpiece in order to adjust the parallelism of the optical alignment marker with respect to one of the sides of the blade.

**2**. The apparatus of claim **1** wherein the power saw comprises a hand-held circular saw.

**3**. The apparatus of claim **1** wherein the power saw comprises a miter saw having a turntable.

**4**. The apparatus of claim **3** wherein the length of the linear alignment marker generally corresponds to the distance from a front to a rear portion of the turntable when the blade is in a raised position.

**5**. The apparatus of claim **1** wherein the cutting means includes an upper blade guard and the light projection means is attached to the upper blade guard.

**6**. The apparatus of claim **1** wherein the light projection means comprises a laser for projecting the coherent beam of visible light.

**7**. The apparatus of claim **6** wherein the laser includes optical means comprising a line generator for converting the beam into the linear alignment marker having generally linear configuration substantially parallel to the blade.

**8**. The apparatus of claim **1** wherein the adjustment means includes means for adjusting the spacial relationship between the optical alignment marker and the blade.

**9**. The apparatus of claim **1** wherein the lateral adjustment means comprises slide means for sliding the light projection means laterally.

**10**. The apparatus of claim **1** wherein the lateral adjustment means includes biasing means for securing the light projection means at a particular location.

**11**. The apparatus of claim **1** wherein the lateral adjustment means includes end stops to limit the lateral movement of the light projection means.

**12**. A power saw with an optical system for projecting an optical alignment marker onto a workpiece, comprising:

a power saw housing;

cutting means generally contained within the housing including a circular blade for cutting the workpiece, the blade having a radius, two sides, and a width determined by teeth projecting from the blade, and motor means for rotating the blade, the maximum projection of the teeth along each side of the blade defining a corresponding blade side plane; and

light projection means located proximate to the cutting means for projecting a coherent planar beam of visible light past one of the sides of the blade and onto the workpiece in order to form a linear optical alignment marker on the workpiece along the one side of the blade, the linear optical alignment marker having a thickness and two sides, the light projection means further comprising adjustment means for selectably adjusting the position of the alignment marker so that the side of the alignment marker facing the one side of the blade is coincident with the corresponding blade side plane, the adjustment means comprising:

lateral adjustment means for moving the position of the optical alignment marker laterally with respect to one of the sides of the blade; and

means for rotating the position of the optical alignment marker on the workpiece in order to adjust the parallelism of the optical alignment marker with respect to one of the sides of the blade,

whereby the side of the linear optical alignment marker that is coincident with the blade side plane designates the location at which the maximum projection of the

teeth along the one side of the blade will enter the workpiece.

**13.** The apparatus of claim **12** wherein the cutting means includes an upper blade guard and the light projection means is attached to the upper blade guard.

**14.** The apparatus of claim **12** wherein the light projection means comprises a laser for projecting the coherent beam of visible light.

**15.** The apparatus of claim **14** wherein the laser includes optical means comprising a line generator for converting the beam into the linear alignment marker.

**16.** The apparatus of claim **12** wherein the adjustment means includes means for adjusting the spacial relationship between the optical alignment marker and the blade.

**17.** The apparatus of claim **12** wherein the lateral adjustment means comprises slide means for sliding the light projection means laterally.

**18.** The apparatus of claim **17** wherein the lateral adjustment means includes end stops to limit the lateral movement of the light projection means.

**19.** A power saw with an optical system for projecting an optical alignment marker onto a workpiece, comprising:

a power saw housing;

cutting means generally contained within the housing including a circular blade for cutting the workpiece, the blade having a radius, two sides, and a width determined by teeth projecting from the blade, and motor means for rotating the blade, the maximum projection of the teeth along each side of the blade defining a corresponding blade side plane; and

light projection means located proximate to the cutting means for projecting a coherent beam of light past one of the sides of the blade and onto the workpiece in order to form an optical alignment marker on the workpiece, the light projection means further comprising adjustment means for adjusting the position of the beam of light so that a selected portion of the alignment marker is coincident with the blade side plane defined by the adjacent side of the blade, wherein the alignment marker portion that is coincident with the adjacent blade side plane designates the location at which the adjacent side of the blade will enter the workpiece, the adjustment means comprising:

lateral adjustment means for moving the position of the optical alignment marker laterally with respect to one of the sides of the blade; and

means for rotating the position of the optical alignment marker on the workpiece in order to adjust the parallelism of the optical alignment marker with respect to one of the sides of the blade.

**20.** The apparatus of claim **19** wherein the alignment marker comprises a series of dots designating the location at which the adjacent side of the blade will enter the workpiece.

**21.** The apparatus of claim **19** wherein the alignment marker comprises an arrow, a tip of which designates the location at which at least the adjacent side of the blade will enter the workpiece.

* * * * *