# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,375,495

DATED : December 27, 1994

INVENTOR(S) : BOSTEN ET AL.

It is certified that errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 5, line 18, delete "an upper" after the word "by".
In column 5, line 19, delete "an" after the word "and".
In column 5, line 19, insert --74-- after the word "stop".
In column 6, line 14, insert --72, 74-- after the word "stops".

Signed and Sealed this

Twelfth Day of September, 1995

Attest:

*Bruce Lehman*

BRUCE LEHMAN

Attesting Officer    Commissioner of Patents and Trademarks