UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
REXON INDUSTRIAL CORPORATION, LTD.,  )
          Plaintiff                  )
                                     )   C. A. No. 04-CV-30180-MAP
v.                                   )
                                     )
PORTER-CABLE CORPORATION,            )
DELTA INTERNATIONAL MACHINERY CORP., )
and PENTAIR, INC.,                   )
          Defendants                 )
_____)
                                     )
BLACK & DECKER INC.,                 )
BLACK & DECKER (U.S.) INC.,          )
PORTER-CABLE CORPORATION and         )
DELTA INTERNATIONAL MACHINERY,       )
          Plaintiffs-in-Counterclaim )
                                     )
v.                                   )
                                     )
REXON INDUSTRIAL CORPORATION, LTD.,  )
          Defendant-in-Counterclaim  )
```

**MOTION TO ADMIT RAYMOND P. NIRO *PRO HAC VICE***

Defendants Porter-Cable Corporation and Delta International

Machinery Corporation together with Plaintiffs-in-Counterclaim

Black & Decker Inc. and Black & Decker (U.S.) Inc., by and

through their undersigned attorney, move this Court pursuant to

Local Rule 85.5.3, to admit Attorney Raymond P. Niro to appear

and practice in this Court *pro hac vice* in the above-captioned

matter.  In support of this motion, Defendants state that Raymond

P. Niro is admitted to practice before the highest courts in the

State of Illinois and the State of Colorado where he is a member

of the bar in good standing.  There are no disciplinary

proceedings pending against him as a member of the bar in any

jurisdiction and he is familiar with the Local Rules of the

United States District Court for the District of Massachusetts.

(See Declaration of Raymond P. Niro, attached as Exhibit A.)

WHEREFORE, Defendants Porter-Cable Corporation and Delta International Machinery Corporation together with Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc. move this Court to admit Attorney Raymond P. Niro to appear and practice in this Court *pro hac vice* in the above-captioned matter.

<div style="margin-left:50%;">

Respectfully submitted,
DEFENDANTS PORTER-CABLE CORP.
and DELTA INTERNATIONAL
MACHINERY CORP. and PLAINTIFFS-
IN-COUNTERCLAIM BLACK & DECKER
INC. and BLACK & DECKER (U.S.)
INC.
By Their Attorney,

</div>

Dated:  January 5, 2005

<div style="margin-left:50%;">

/s/ C. Jeffrey Kinder
C. Jeffrey Kinder, BBO# 563890
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton  MA  01060-3042
413-584-8067
413-585-0787 (facsimile)
kinder@fierstpucci.com

</div>