IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTER-CABLE CORPORATION, )<br>DELTA INTERNATIONAL MACHINERY )<br>CORP. and PENTAIR, INC., )<br>)<br>Defendants. )<br>_____)<br>)<br>BLACK & DECKER INC., )<br>BLACK & DECKER (U.S.) INC. and )<br>PORTER-CABLE CORPORATION, )<br>)<br>Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>REXON INDUSTRIAL CORPORATION, LTD., )<br>)<br>Defendant-in-Counterclaim. ) | Civil Action No. 04-CV-30180-MAP |

**DECLARATION OF RAYMOND P. NIRO
IN SUPPORT OF MOTION BY BLACK & DECKER INC.,
BLACK & DECKER (U.S.) INC., PORTER-CABLE CORP.
AND DELTA INTERNATIONAL MACHINERY CORP. FOR
<u>ADMISSION PRO HAC VICE OF RAYMOND P. NIRO</u>**

I, Raymond P. Niro, hereby declare the following to be true and correct to the best of my knowledge and belief, and I make the following statements with the knowledge that any false statements made willfully may subject me to criminal charges of perjury under the laws of the United States.

1

1. I make this declaration in support of the application by Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation ("Porter-Cable") and Delta International Machinery Corporation ("Delta") to admit me as counsel for these parties in this matter pro hac vice pursuant to Rule 83.5.3 of the local rules of this Court.

2. I am admitted to practice before the highest court of the State of Illinois, as well as the State of Colorado. I was admitted to the Illinois Bar in 1970 and to the Colorado Bar in 1989. I am also admitted to the following Courts:

| Court | Date |
|---|---|
| Supreme Court of Illinois | 05/19/70 |
| United States District Court for the Northern District of Illinois | 06/04/70 |
| United States Court of Appeals for the Seventh Circuit | 05/25/72 |
| United States Supreme Court | 08/12/77 |
| United States Court of Appeals for the Federal Circuit | 05/01/78 |
| United States Court of Appeals for the Ninth Circuit | 09/18/79 |
| United States Court of Appeals for the Fifth Circuit | 11/03/81 |
| United States Court of Appeals for the Sixth Circuit | 06/09/82 |
| United States District Court for the Eastern District of Michigan | 04/24/84 |
| United States District Court for the Northern District of California | 07/27/84 |

| | |
|---|---|
| United States District Court for the Eastern District of Wisconsin | 01/26/87 |
| Colorado Supreme Court | 11/30/87 |
| United States Court of Appeals for the Tenth Circuit | 01/11/88 |
| United States District Court for the District of Colorado | 04/25/89 |
| United States District Court for the Northern District of New York | 12/01/89 |
| United States District Court for the Western District of Texas | 02/28/90 |
| United States District Court for the District of Arizona | 06/18/90 |
| United States District Court for the Northern District of Texas | 02/25/99 |
| United States Court of Appeals for the Fourth Circuit | 10/15/01 |
| United States District Court for the District of Minnesota | 10/14/03 |

3.     I am not subject to any pending disciplinary proceedings in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and shall abide by the applicable rules governing the conduct of attorneys before the United States District Court for the District of Massachusetts.

Dated: Dec. 20, 2004

Respectfully submitted,

*Attorney for Black & Decker Inc.,
Black & Decker (U.S.) Inc.,
Porter-Cable Corporation and
Delta International Machinery
Corporation*
Raymond P. Niro
(Illinois ARDC #2054930)
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137
rniro@nshn.com