IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTER-CABLE CORPORATION, ) <br> DELTA INTERNATIONAL MACHINERY ) <br> CORP. and PENTAIR, INC., ) <br> ) <br> Defendants. ) <br>_____) <br> ) <br> BLACK & DECKER INC., ) <br> BLACK & DECKER (U.S.) INC. and ) <br> PORTER-CABLE CORPORATION, ) <br> ) <br> Plaintiffs-in-Counterclaim, ) <br> ) <br> v. ) <br> ) <br> REXON INDUSTRIAL CORPORATION, LTD., ) <br> ) <br> Defendant-in-Counterclaim. ) | Civil Action No. 04-CV-30180-MAP |

**DECLARATION OF RAYMOND P. NIRO, JR.
IN SUPPORT OF MOTION BY BLACK & DECKER INC.,
BLACK & DECKER (U.S.) INC., PORTER-CABLE CORP.
AND DELTA INTERNATIONAL MACHINERY CORP. FOR
<u>ADMISSION PRO HAC VICE OF RAYMOND P. NIRO, JR.</u>**

I, Raymond P. Niro, Jr. hereby declare the following to be true and correct to the best of my knowledge and belief, and I make the following statements with the knowledge that any false statements made willfully may subject me to criminal charges of perjury under the laws of the United States.

1. I make this declaration in support of the application by Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation ("Porter-Cable") and Delta International Machinery

Corporation ("Delta") to admit me as counsel for these parties in this matter pro hac vice pursuant to Rule 83.5.3 of the local rules of this Court.

2. I am admitted to practice before the highest court of the State of Illinois. I was admitted to the Illinois Bar in 1991; to the Bar of California in 2002, to the Bar of Michigan in 1994; and to the Bar of Wisconsin in 2003 and am presently in good standing in those jurisdictions. I was admitted to the United States District Court for the Southern District of California on May 31, 2002; to the Northern District of Illinois on November 27, 1991; to the Eastern District of Michigan on May 16, 1994; to the Western District of Wisconsin on February 3, 2003; and to the United States Court of Appeals for the Federal Circuit and the Fourth Circuit.

3. I am not subject to any pending disciplinary proceedings in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and shall abide by the applicable rules governing the conduct of attorneys before the United States District Court for the District of Massachusetts.

Dated: 12-17-04

Respectfully submitted,

*Attorney for Black & Decker Inc.*
*Black & Decker (U.S.) Inc.,*
*Porter-Cable Corporation and*
*Delta International Machinery*
*Corporation*
Raymond P. Niro, Jr.
(Illinois ARDC #06207468)
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137
rnirojr@nshn.com

2