```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


_____
REXON INDUSTRIAL CORPORATION, LTD., )
        Plaintiff                   )
                                    )   C. A. No. 04-CV-30180-MAP
v.                                  )
                                    )
PORTER-CABLE CORPORATION,           )
DELTA INTERNATIONAL MACHINERY CORP.,)
and PENTAIR, INC.,                  )
        Defendants                  )
_____)
                                    )
BLACK & DECKER INC.,                )
BLACK & DECKER (U.S.) INC.,         )
PORTER-CABLE CORPORATION and        )
DELTA INTERNATIONAL MACHINERY,      )
        Plaintiffs-in-Counterclaim  )
                                    )
v.                                  )
                                    )
REXON INDUSTRIAL CORPORATION, LTD., )
        Defendant-in-Counterclaim   )
```

## MOTION TO ADMIT CHRISTOPHER J. LEE *PRO HAC VICE*

Defendants Porter-Cable Corporation and Delta International Machinery Corporation together with Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc., by and through their undersigned attorney, move this Court pursuant to Local Rule 85.5.3, to admit Attorney Christopher J. Lee to appear and practice in this Court *pro hac vice* in the above-captioned matter.  In support of this motion, Defendants state that Christopher J. Lee is admitted to practice before the highest courts in the State of Illinois and the State of Colorado where he is a member of the bar in good standing.  There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of

Massachusetts.  (See Declaration of Christopher J. Lee, attached as Exhibit A.)

WHEREFORE, Defendants Porter-Cable Corporation and Delta International Machinery Corporation together with Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc. move this Court to admit Attorney Christopher J. Lee to appear and practice in this Court *pro hac vice* in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, <br> DEFENDANTS PORTER-CABLE CORP. and DELTA INTERNATIONAL MACHINERY CORP. and PLAINTIFFS-IN-COUNTERCLAIM BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC. <br> By Their Attorney, |
| Dated:  January 5, 2005 | /s/ C. Jeffrey Kinder <br> C. Jeffrey Kinder, BBO# 563890 <br> FIERST, PUCCI & KINDER LLP <br> 64 Gothic Street, Suite 4 <br> Northampton  MA  01060-3042 <br> 413-584-8067 <br> 413-585-0787 (facsimile) <br> kinder@fierstpucci.com |