```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


_____
REXON INDUSTRIAL CORPORATION, LTD.,  )
        Plaintiff                    )
                                     )   C. A. No. 04-CV-30180-MAP
v.                                   )
                                     )
PORTER-CABLE CORPORATION,            )
DELTA INTERNATIONAL MACHINERY CORP., )
and PENTAIR, INC.,                   )
        Defendants                   )
_____)
                                     )
BLACK & DECKER INC.,                 )
BLACK & DECKER (U.S.) INC.,          )
PORTER-CABLE CORPORATION and         )
DELTA INTERNATIONAL MACHINERY,       )
        Plaintiffs-in-Counterclaim   )
                                     )
v.                                   )
                                     )
REXON INDUSTRIAL CORPORATION, LTD.,  )
        Defendant-in-Counterclaim    )
```

**MOTION TO ADMIT DINA M. HAYES *PRO HAC VICE***

Defendants Porter-Cable Corporation and Delta International Machinery Corporation together with Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc., by and through their undersigned attorney, move this Court pursuant to Local Rule 85.5.3, to admit Attorney Dina M. Hayes to appear and practice in this Court *pro hac vice* in the above-captioned matter. In support of this motion, Defendants state that Dina M. Hayes is admitted to practice before the highest courts in the State of Illinois where she is a member of the bar in good standing. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. (See Declaration of Dina M.

Hayes, attached as Exhibit A.)

WHEREFORE, Defendants Porter-Cable Corporation and Delta International Machinery Corporation together with Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc. move this Court to admit Attorney Dina M. Hayes to appear and practice in this Court *pro hac vice* in the above-captioned matter.

Dated:  January 5, 2005

Respectfully submitted,
DEFENDANTS PORTER-CABLE CORP.
and DELTA INTERNATIONAL
MACHINERY CORP. and PLAINTIFFS-IN-COUNTERCLAIM BLACK & DECKER
INC. and BLACK & DECKER (U.S.)
INC.
By Their Attorney,

/s/ C. Jeffrey Kinder
C. Jeffrey Kinder, BBO# 563890
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton  MA  01060-3042
413-584-8067
413-585-0787 (facsimile)
kinder@fierstpucci.com