UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD., <br><br> Plaintiff, <br><br> v. <br><br> PORTER-CABLE CORPORATION, DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC., <br><br> Defendant. | Civil Action No. 04 C 030180 MAP |

## ASSENTED-TO MOTION TO EXTEND TIME

Defendant Pentair, Inc. moves to extend the date to answer or otherwise respond to the Amended Complaint to February 14, 2005.

Plaintiff, through counsel, has assented to this motion.

Respectfully submitted,

PENTAIR, INC.,
By its attorneys,

_____
Bruce E. Falby, BBO #544143
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6100

Dated: January 13, 2005

~BOST1:316413.v1