IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rexon Industrial Corporation, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 04-cv-30180 - (MAP) |
| ) | |
| Porter-Cable Corporation ) | |
| Delta International Machinery Corp., ) | |
| and Pentair, Inc. ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff, Rexon Industrial Corporation, Ltd. hereby dismisses without prejudice all claims in the above-captioned matter against defendant Pentair, Inc.

        Rexon Industrial Corporation, Ltd.


        By: /s/ J. KEVIN GROGAN
            J. Kevin Grogan (BBO635089)
            Arthur F. Dionne (BBO125760)
            McCormick, Paulding & Huber LLP
            1350 Main Street
            5th Floor
            Springfield, MA 01103
            Tel.: 860-549-5290
            Fax: 860-527-0464
            Attorneys for the Plaintiff

*Of Counsel*:
Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2005, I electronically filed the foregoing **NOTICE OF DISMISSAL** with the clerk of the Court using the CM/ECF system which will send notification of such filing to:

        C. Jeffrey Kinder
            Email: kinder@fierstpucci.com
at    FIERST, PUCCI & KINDER LLP
        64 Gothic Street, Suite 4
        Northampton, Massachusetts 01060
        Phone: (413) 584-8067
        Facsimile: (413) 585-0787

        Raymond P. Niro
            Email: rniro@nshn.com
        Raymond P. Niro, Jr.
            Email: rnirojr@nshn.com
        Christopher J. Lee
            Email: lee@nshn.com
        Richard B. Megley, Jr.
            Email: megleyjr@nshn.com
        Dina M. Hayes
            Email: hayes@nshn.com
at    NIRO, SCAVONE, HALLER & NIRO
        181 West Madison, Suite 4600
        Chicago, Illinois 60602-4515
        Phone: (312) 236-0733
        Facsimile: (312) 236-3137

        **Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation**

        Bruce E. Falby
            Email: bruce.falby@piperrudnick.com
at    PIPER RUDNICK LLP
        One International Place, 21st Floor
        Boston, Massachusetts 02110-2613
        Phone: (617) 406-6000
        Facsimile: (617) 406-6100

        **Attorney for Pentair, Inc.**

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

        /s/ J. KEVIN GROGAN
        Attorney for Rexon Industrial Corporation, Ltd.
        Plaintiff/Counterdefendant