# M&H McCormick, Paulding & Huber LLP
*Intellectual Property Law*

Offices in
Hartford, CT and
Springfield, MA

From the Desk of
J. Kevin Grogan
grogan@ip-lawyers.com
Tel 413 736.5401
Fax 413 733.4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

John C. Linderman*✝
J. Kevin Grogan*✝
Arthur F. Dionne*✝
Marina F. Cunningham*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✝
Kevin H. Vanderleeden✝
Jeanne M. Tanner*
John A. Kramer✝
Emily J. Kasperowski✝
*Admitted in CT
✝Admitted in MA

Of Counsel
Donald K. Huber*
Frederick J. Haesche*
John C. Hilton*
Chester E. Flavin✝
William C. Crutcher*
John J. Dempsey

May 10, 2005

Bethany Healy, Clerk
United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

    Re:    Notice Concerning Waiver of Judicial Disqualification for Rexon Industrial Corporation, Ltd., vs. Porter-Cable Corporation - Civil Action No. CA-04-30180-MAP - (Our File No. 5038-0044)

Dear Bethany:

McCormick, Paulding & Huber, as counsel for Rexon in the above-captioned matter, hereby waives Magistrate Judge Neiman's disqualification noticed in your letter of May 4, 2005.

Very truly yours,

**McCORMICK, PAULDING & HUBER LLP**

By _____
J. Kevin Grogan

By _____
Arthur F. Dionne

By _____
Kevin H. Vanderleeden

JKG/amp

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
THOMAS G. SCAVONE
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS

181 WEST MADISON STREET - SUITE 4600
CHICAGO, ILLINOIS 60602-4515

TELEPHONE (312) 236-0733
FACSIMILE (312) 236-3137

ROBERT P. GREENSPOON
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
PAUL C. GIBBONS
WILLIAM W. FLACHSBART
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY

May 10, 2005

**Via Facsimile (413) 785-0204**
The Honorable Michael A. Ponsor
United States District Judge
District of Massachusetts (Springfield)
1550 Main Street
Springfield, MA 01103

Re:   Rexon Industrial Corp., Ltd. v. Porter-Cable, No. 04-C-030180 MAP (D. Mass.)

Dear Judge Ponsor:

Pursuant to the Court's May 4, 2005 Notice Concerning Waiver of Judicial Disqualification regarding Magistrate Judge Kenneth P. Neiman, Porter-Cable Corporation, Delta International Machinery, Black & Decker Inc. and Black & Decker (U.S.) Inc. hereby expressly waive Magistrate Neiman's disqualification.

If you have any questions, do not hesitate to contact me.

Sincerely,

Dina M. Hayes
hayes@nshn.com

DMP/
cc: Bethany Healy, Clerk



*Creative • Effective*

# REXON®

REXON INDUSTRIAL CORP., LTD.
No. 201 Jen Hwa Road, Tali, Taichung, Taiwan, R.O.C.
Phone: 886-4-24914141    Fax 886-4-24013807
Tlx. 51304 REXON

May 12, 2005

Bethany Healy, Clerk
United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

    Re:    Notice Concerning Waiver of Judicial
           Disqualification for Rexon Industrial Corporation,
           Ltd., vs. Porter-Cable Corporation - Civil Action
           No. CA-04-30180-MAP

Dear Ms. Healy:

Rexon Industrial Corporation, Ltd., hereby waives Magistrate Judge Neiman's disqualification noticed in your letter of May 4, 2005.

Sincerely,

REXON INDUSTRIAL CORPORATION, LTD.

By: _____
    Name: Ruey-Zon Chen

    Title: President

The Rexon Group