UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., )<br>)<br>    Plaintiff, )<br>v.                                                    )<br>)<br>Porter-Cable Corporation,            )<br>)<br>    Defendant.                            ) | Civil Action No.: CA 04-30180-MAP |

## APPEARANCE

Please enter my appearance as a counsel on behalf of Plaintiff Rexon Industrial Corporation, Ltd., in the above-captioned matter.

Dated: 5/10/05

By _____
Kevin H. Vanderleeden
BBO No. 648,361
McCormick, Paulding & Huber
1350 Main Street
5th Floor
Springfield, MA 01103-1628
Tel: 413-736-5401
Fax: 413-733-4543

## CERTIFICATE OF SERVICE

This is to certify that on this **10** day of May, 2005, a copy of the foregoing APPEARANCE was served by first class mail, postage prepaid on counsel for the Defendant, Dina M. Hayes, at Niro, Scavone, Haller & Niro, located at 181 West Madison, Suite 4600, Chicago, Illinois 60602.

_____
Kevin H. Vanderleeden