UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 04-cv-30180 MAP |
| ) | |
| Porter-Cable Corporation, ) | |
| Delta International Machinery, Corp., ) | |
| and Pentair, Inc., ) | |
| ) | May 24, 2005 |
| Defendants. ) | |
| _____ ) | |
| ) | |
| Black & Decker, Inc., ) | |
| Black & Decker (U.S.), Inc. ) | |
| Porter-Cable Corporation, and ) | |
| Delta International Machinery, Corp. ) | |
| ) | |
| Plaintiffs-in-Counterclaim, ) | |
| v. ) | |
| ) | |
| Rexon Industrial Corporation, Ltd., ) | |
| ) | |
| Defendant-in-Counterclaim. ) | |

## MOTION TO ADMIT WM. TUCKER GRIFFITH PRO HAC VICE

Plaintiff-Counterclaim Defendant, Rexon Industrial Corp., Ltd ("Rexon") by and through its undersigned attorney, hereby moves this Court in accordance with Local Rule 83.5.3, to admit Attorney Wm. Tucker Griffith of the law firm McCormick, Paulding & Huber, LLP for the purpose of appearing *pro hac vice* as co-counsel in the above-captioned Civil Action on behalf of Rexon.

As set forth in the attached Declaration of Wm. Tucker Griffith, Attorney Griffith is a member in good standing of the Connecticut bar since his admission in 1998. Attorney Griffith has been admitted to practice in the United States District Courts for

the District of Connecticut and the Eastern District of Michigan. There are no disciplinary actions pending against him in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. (See Ex. A, Declaration of Wm. Tucker Griffith).

WHEREFORE, Rexon requests this Court to admit Attorney Wm. Tucker Griffith to appear and practice pro hac vice in the above-captioned matter.

Respectfully submitted,

By: _____
J. Kevin Grogan (BBO # 635089)
    Email: grogan@ip-lawyers.com
Arthur F. Dionne (BBO # 125760)
    Email: dionne@ip-lawyers.com
Kevin H. Vanderleeden (BBO # 648361)
    Email: vanderleeden@ip-lawyers.com

McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone: (413) 736-5401
Facsimile: (413) 733-4543

**Attorneys for Rexon Industrial Corp., Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion To Admit Wm. Tucker Griffith Pro Hac Vice was sent via U.S. first class mail postage prepaid, this 25th day of May 2005, to the following attorneys of record:

>Raymond P. Niro
>   Email: rniro@nshn.com
>Raymond P. Niro, Jr.
>   Email: rnirojr@nshn.com
>Christopher J. Lee
>   Email: lee@nshn.com
>Richard B. Megley, Jr
>   Email: megleyjr@nshn.com
>Dina M. Hayes
>   Email: hayes@nshn.com
>
>NIRO, SCAVONE, HALLER & NIRO
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>Phone: (312) 236-0733
>Facsimile: (312) 236-3137
>
>
>C. Jeffrey Kinder (BBO# 563890)
>   Email: kinder@fierstpucci.com
>
>FIERST, PUCCI & KINDER LLP
>64 Gothic Street, Suite 4
>Northampton, Massachusetts 01060
>Phone: (413) 584-8067
>Facsimile: (413) 585-0787

**Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corp. and Delta International Machinery Corp.**

By: _____
J. Kevin Grogan (BBO # 635089)

McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone: (413) 736-5401
Facsimile: (413) 733-4543

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., <br><br> Plaintiff, <br> v. <br><br> Porter-Cable Corporation, <br> Delta International Machinery, Corp., <br> and Pentair, Inc., <br><br> Defendants. | Civil Action No.: 04-cv-30180 MAP |
| Black & Decker, Inc., <br> Black & Decker (U.S.), Inc. <br> Porter-Cable Corporation, and <br> Delta International Machinery, Corp. <br><br> Plaintiffs-in-Counterclaim, <br> v. <br><br> Rexon Industrial Corporation, Ltd., <br><br> Defendant-in-Counterclaim. | |

## DECLARATION OF WM. TUCKER GRIFFITH

I, Wm. Tucker Griffith, hereby declare the following statements to be true and correct to the best of my knowledge and belief. I make the following statements with the knowledge that any false statements made willfully may subject me to criminal charges of perjury under the laws of the United States.

1. This Declaration is made pursuant to Local Rule 83.5.3 in connection with Rexon's Motion to Admit Wm. Tucker Griffith *Pro Hac Vice* in the above-captioned Civil Action.

2.  I am a member in good standing of the bar of the State of Connecticut and the United States District Courts for the District of Connecticut and the Eastern District of Michigan, admitted as follows:

| | | |
|---|---|---|
| State of Connecticut – all courts | Admitted: | 1998 |
| U.S. District Court for the District of Connecticut | | 1999 |
| U.S. District Court for the Eastern District of Michigan | | 2001 |

3.  I am not subject to any pending disciplinary proceedings in any jurisdiction, nor have I been disciplined in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Dated: May 24, 2005

By: _____
Wm. Tucker Griffith (CT# 415,755)
Email: tucker@ip-lawyers.com
McCormick, Paulding & Huber LLP
CityPlace II
185 Asylum Street
Hartford, Connecticut 06103-3402
Tel. (860) 549-5290
Fax (860) 527-0464