UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAY 27  A 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., <br><br> Plaintiff, <br> v. <br><br> Porter-Cable Corporation, <br> Delta International Machinery, Corp., <br> and Pentair, Inc., <br><br> Defendants. | Civil Action No.: 04-cv-30180 MAP |
| Black & Decker, Inc., <br> Black & Decker (U.S.), Inc. <br> Porter-Cable Corporation, and <br> Delta International Machinery, Corp. <br><br> Plaintiffs-in-Counterclaim, <br> v. <br><br> Rexon Industrial Corporation, Ltd., <br><br> Defendant-in-Counterclaim. | |

## APPEARANCE

Please enter my appearance in the above-captioned case as counsel on behalf of Plaintiff/Defendant-in-Counterclaim Rexon Industrial Corporation, Ltd.

Dated: May 26, 2005        By: _____
Wm. Tucker Griffith
McCormick, Paulding & Huber
CityPlace II, 185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 549-5290
Fax (860) 527-0464
tucker@ip-lawyers.com