UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Porter-Cable Corporation, )<br>)<br>Defendant. )<br>) | Civil Action No.: CA 04-30180-MAP |

## APPEARANCE

Please enter my appearance as a counsel on behalf of Plaintiff Rexon Industrial Corporation, Ltd., in the above-captioned matter.

Dated: 5-26-2005

By _____
Donald J. MacDonald
BBO No. 644,582
McCormick, Paulding & Huber
1350 Main Street
5th Floor
Springfield, MA 01103-1628
Tel: 413-736-5401
Fax: 413-733-4543

1