UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION LTD., <br>       Plaintiff <br><br> v. <br><br><br> PORTER-CABLE CORPORATION, ET AL., <br>       Defendants and Counterclaimants <br><br> v. <br><br> REXON INDUSTRIAL CORPORATION LTD., <br>       Counter Defendant | Civil Action No. 04-30180-MAP |

SCHEDULING ORDER
June 3, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All non-expert discovery, including depositions, shall be completed by March 15, 2006.

2. Counsel shall appear for a case management conference on March 16, 2006, at 11:00 a.m. in Courtroom Three.

3.  Reports from retained experts as required by FED. R. CIV. P. 26(a)(2) shall be due from the party bearing the burden of proof by April 17, 2006, with reply reports due by May 15, 2006.

4.  All expert depositions shall be completed by July 14, 2006.

The parties should expect no extensions of this schedule.

IT IS SO ORDERED.

DATED: June 3, 2005

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge