IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD., <br><br> Plaintiff, <br><br> v. <br><br> PORTER-CABLE CORPORATION, <br> DELTA INTERNATIONAL MACHINERY <br> CORP. and PENTAIR, INC., <br><br> Defendants. <br><br> BLACK & DECKER INC., <br> BLACK & DECKER (U.S.) INC. and <br> PORTER-CABLE CORPORATION, <br><br> Plaintiffs-in-Counterclaim, <br><br> v. <br><br> REXON INDUSTRIAL CORPORATION, LTD., <br><br> Defendant-in-Counterclaim. | Civil Action No. 04-CV-30180-MAP |

**BLACK & DECKER'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3) Defendants Porter-Cable Corporation and Delta International Machinery and Plaintiffs-in-Counterclaim Black & Decker Inc., Black & Decker (U.S.) Inc. and Porter-Cable Corporation (collectively "Black & Decker") hereby submit its Certification affirming as follows:

1. Black & Decker and its counsel have conferred to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation.

2. Black & Decker and its counsel have conferred to consider the resolution of the litigation through use of alternative dispute resolution programs and elect not to use such programs.

|  |  |
|---|---|
| [signature] | Respectfully submitted, |
|  | [signature] |
| Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation | Raymond P. Niro<br>Raymond P. Niro, Jr.<br>Christopher J. Lee<br>Richard B. Megley, Jr.<br>Dina M. Hayes<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602-4515<br>Phone: (312) 236-0733<br>Facsimile: (312) 236-3137<br>Email: miro@nshn.com; mirojr@nshn.com; lee@nshn.com; megleyjr@nshn.com; hayes@nshn.com<br><br>C. Jeffrey Kinder (BBO# 563890)<br>FIERST, PUCCI & KINDER LLP<br>64 Gothic Street, Suite 4<br>Northampton, Massachusetts 01060<br>Phone: (413) 584-8067<br>Facsimile: (413) 585-0787<br>Email: kinder@fierstpucci.com<br><br>**Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation** |

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I electronically filed the foregoing **BLACK & DECKER'S LOCAL RULE 16.1(d)(3) CERTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

> J. Kevin Grogan (BBO # 635089)
>     Email: grogan@ip-lawyers.com
> Arthur F. Dionne (BBO # 125760)
>     Email: dionne@ip-lawyers.com
> Donald J. MacDonald (BBO # 644582)
> Kevin H. Vanderleeden (BBO # 648361)
> MCCORMICK, PAULDING & HUBER LLP
> 1350 Main Street, 5th Floor
> Springfield, Massachusetts 01103
> Phone: (413) 736-5401
> Facsimile: (413) 733-4543
>
> Wm. Tucker Griffith
>     Email: tucker@ip-lawyers.com
> MCCORMICK, PAULDING & HUBER LLP
> CityPlace II, 185 Asylum Street
> Hartford, Connecticut 06103-5290
> Phone: (860) 549-5290
> Facsimile: (860) 527-0464
>     **Attorneys for Rexon Industrial Corporation, Ltd.**

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____
Attorney for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation