UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., <br><br> Plaintiff, <br> v. <br><br> Porter-Cable Corporation, <br> Delta International Machinery, Corp., <br> and Pentair, Inc., <br><br> Defendants. <br><br> Black & Decker, Inc., <br> Black & Decker (U.S.), Inc., <br> Porter-Cable Corporation, and <br> Delta International Machinery, Corp. <br><br> Plaintiffs-in-Counterclaim, <br> v. <br><br> Rexon Industrial Corporation, Ltd., <br><br> Defendant-in-Counterclaim. | Civil Action No.: 04-cv-30180 MAP <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> June 8, 2005 <br><br> (Our Docket No. 5038-0044) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(A), Plaintiff, Counterclaim defendant Rexon Industrial Corp., Ltd., ("Rexon") hereby

1

states that it has no parent corporation.  Rexon further states that no publicly held corporation holds 10% or more of its stock.

        Respectfully submitted,

        Rexon Industrial Corporation, Ltd.


        _____/J. Kevin Grogan/_____
J. Kevin Grogan (BBO # 635089)
  Email:  grogan@ip-lawyers.com
Arthur F. Dionne (BBO # 125760)
  Email:  dionne@ip-lawyers.com
Donald J. MacDonald (BBO# 644582)
Kevin H. Vanderleeden (BBO # 648361)
Wm. Tucker Griffith
McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone:  (413) 736-5401
Facsimile:  (413) 733-4543

**Attorneys for Rexon Industrial Corporation, Ltd.**

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 8, 2005, I electronically filed the foregoing Plaintiff's Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system which will forward notifications to the following counsel of record:

Raymond P. Niro
  Email: rniro@nshn.com
Raymond P. Niro, Jr.
  Email: rnirojr@nshn.com
Christopher J. Lee
  Email: lee@nshn.com
 Richard B. Megley, Jr
  Email: megleyjr@nshn.com
Dina M. Hayes
  Email: hayes@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137


C. Jeffrey Kinder (BBO# 563890)
  Email: kinder@fierstpucci.com
FIERST, PUCCI & KINDER LLP 64 Gothic Street, Suite 4
Northampton, Massachusetts 01060
Phone: (413) 584-8067
Facsimile: (413) 585-0787

**Attorneys for Black & Decker Inc.,**
**Black & Decker (U.S.) Inc., Porter-Cable**
**Corporation and**
**Delta International Machinery Corporation**


  I certify that all parties in the case are represented by counsel who are CM/ECF participants.

              /J. Kevin Grogan/
              J. Kevin Grogan
              McCormick, Paulding & Huber LLP
              1350 Main Street, 5th Floor
              Springfield, Massachusetts 01103