IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORTER-CABLE CORPORATION, )<br>DELTA INTERNATIONAL MACHINERY )<br>CORP. and PENTAIR, INC., )<br>)<br>Defendants. )<br>_____)<br>)<br>BLACK & DECKER INC., )<br>BLACK & DECKER (U.S.) INC. and )<br>PORTER-CABLE CORPORATION, )<br>)<br>Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>REXON INDUSTRIAL CORPORATION, LTD., )<br>)<br>Defendant-in-Counterclaim. ) | Civil Action No. 04-CV-30180-MAP |

## BLACK & DECKER'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 Defendants Porter-Cable Corporation and Delta International Machinery Corporation and Plaintiffs-in-Counterclaim Black & Decker Inc., Black & Decker (U.S.) Inc. and Porter-Cable Corporation (collectively "Black & Decker") hereby state as follows:

1. Porter-Cable Corporation no longer exists as a separate entity and its business operations have been integrated into the business of Black & Decker (U.S.) Inc.

2. Delta International Machinery Corp. is fully owned by Black & Decker, Inc.

3.  Black & Decker, (U.S.) Inc. and Black & Decker Inc. are indirect, wholly owned subsidiaries of The Black & Decker Corporation. No other person or entity has a 10% or greater interest in any of the parties or any of their parent corporations.

Respectfully submitted,

*/s/ Raymond P. Niro*

Raymond P. Niro
Raymond P. Niro, Jr.
Christopher J. Lee
Richard B. Megley, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137
Email: niro@nshn.com; nirojr@nshn.com;
lee@nshn.com; megleyjr@nshn.com;
hayes@nshn.com

C. Jeffrey Kinder (BBO# 563890)
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton, Massachusetts 01060
Phone: (413) 584-8067
Facsimile: (413) 585-0787
Email: kinder@fierstpucci.com

**Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005, I electronically filed the foregoing **BLACK & DECKER'S LOCAL RULE 7.3 STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>J. Kevin Grogan (BBO # 635089)
>   Email: grogan@ip-lawyers.com
>Arthur F. Dionne (BBO # 125760)
>   Email: dionne@ip-lawyers.com
>Donald J. MacDonald (BBO # 644582)
>Kevin H. Vanderleeden (BBO # 648361)
>MCCORMICK, PAULDING & HUBER LLP
>1350 Main Street, 5th Floor
>Springfield, Massachusetts 01103
>Phone: (413) 736-5401
>Facsimile: (413) 733-4543
>
>Wm. Tucker Griffith
>   Email: tucker@ip-lawyers.com
>MCCORMICK, PAULDING & HUBER LLP
>CityPlace II, 185 Asylum Street
>Hartford, Connecticut 06103-5290
>Phone: (860) 549-5290
>Facsimile: (860) 527-0464
>   **Attorneys for Rexon Industrial Corporation, Ltd.**

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____
Attorney for Black & Decker, Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation

3