UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., <br><br> Plaintiff, <br> v. <br><br> Porter-Cable Corporation, <br> Delta International Machinery, Corp., <br> and Pentair, Inc., <br><br> Defendants. | Civil Action No.: 04-cv-30180 MAP |
| Black & Decker, Inc., <br> Black & Decker (U.S.), Inc., <br> Porter-Cable Corporation, and <br> Delta International Machinery, Corp. <br><br> Plaintiffs-in-Counterclaim, <br> v. <br><br> Rexon Industrial Corporation, Ltd., <br><br> Defendant-in-Counterclaim. | (Our Docket No. 5038-0044) |

### REXON'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiff, Counterclaim defendant Rexon Industrial Corp., Ltd., ("Rexon") hereby affirm the following:

1.   Rexon and its counsel have conferred to establish a budget for the costs of conducting the full course – and various alternate courses – of the litigation.

2. Rexon and its counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs and elect not to use such programs.

3. The attorneys for all parties have conferred and elect not to proceed with trial before the Magistrate Judge.

Respectfully submitted,

_____
Rexon Industrial Corp., Ltd.
Name: Rex Wang

_____
J. Kevin Grogan (BBO # 635089)
 Email: grogan@ip-lawyers.com
Arthur F. Dionne (BBO # 125760)
 Email: dionne@ip-lawyers.com
Donald J. MacDonald (BBO# 644582)
Kevin H. Vanderleeden (BBO # 648361)
Wm. Tucker Griffith
McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone: (413) 736-5401
Facsimile: (413) 733-4543

**Attorneys for Rexon Industrial Corporation, Ltd.**

CERTIFICATE OF SERVICE

I hereby certify that on June 20th, 2005, I electronically filed the foregoing Rexon's Local Rule 16.1(D)(3) Certification with the Clerk of the Court using the CM/ECF system which will forward notifications to the following counsel of record:

Raymond P. Niro
    Email: rniro@nshn.com
Raymond P. Niro, Jr.
    Email: rnirojr@nshn.com
Christopher J. Lee
    Email: lee@nshn.com
Richard B. Megley, Jr
    Email: megleyjr@nshn.com
Dina M. Hayes
    Email: hayes@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137


C. Jeffrey Kinder (BBO# 563890)
    Email: kinder@fierstpucci.com
FIERST, PUCCI & KINDER LLP  64 Gothic Street, Suite 4
Northampton, Massachusetts 01060
Phone: (413) 584-8067
Facsimile: (413) 585-0787

**Attorneys for Black & Decker Inc.,
Black & Decker (U.S.) Inc., Porter-Cable
Corporation and
Delta International Machinery Corporation**


I certify that all parties in the case are represented by counsel who are CM/ECF participants.

_____
J. Kevin Grogan
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103