# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 04-cv-30180 MAP |
| Porter-Cable Corporation, Delta International Machinery, Corp., and Pentair, Inc., | ) |
| Defendants. | ) |
| Black & Decker, Inc., Black & Decker (U.S.), Inc. Porter-Cable Corporation, and Delta International Machinery, Corp. | ) |
| Plaintiffs-in-Counterclaim, | ) |
| v. | ) |
| Rexon Industrial Corporation, Ltd., | ) |
| Defendant-in-Counterclaim. | ) |

**DECLARATION OF** _____ (Name of Declarant)

I, _____, declare as follows:

1. My address is _____.

2. If I am an expert, a copy of my curriculum vitae is attached.

3. My present employer is _____

_____
_____.

4. My present occupation or job description is _____

_____.

5. I have received a copy of the Stipulated Protective Order Regarding Confidentiality entered in these actions on _____.

6. I have carefully read and understood the provisions of the Stipulated Protective Order Regarding Confidentiality.

7. I will comply with all of the provisions of the Stipulated Protective Order Regarding Confidentiality.

8. I will hold in confidence, not to disclose to anyone not designated in the Stipulated Protective Order Regarding Confidentiality, and will use only for the purposes of assisting in the resolution of disputes between the parties to these actions, any information or documents designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

9. I will return all documents designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" that may come into my possession, and documents or things which I may prepare relating thereto, to counsel for the party who disclosed or furnished such documents to me promptly upon the request of counsel for such party, or, if applicable, upon the request of counsel by whom I have been retained, or upon the conclusion of these actions.

10. I hereby submit to the jurisdiction of this Court for the purposes of enforcement against me of the terms of the Stipulated Protective Order Regarding Confidentiality and of the terms of this Declaration.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ in _____.

_____
(Signature)