**Hayes, Dina M**

**From:** Kevin Grogan [grogan@ip-lawyers.com]
**Sent:** Thursday, September 15, 2005 4:18 PM
**To:** Hayes, Dina M
**Subject:** Re: Rexon v. BD

Dina:

I can finally confirm that Rexon will not oppose your motion to add Rexon USA as a party to this suit.

--
Kevin

The information contained in this E-mail message may contain confidential information. It is only for the use of the individual or entity named. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are notified that your dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return E-mail.

**From:** "Hayes, Dina M" <hayes@nshn.com>
**Date:** Thu, 15 Sep 2005 13:46:12 -0500
**To:** "Kevin Grogan" <grogan@ip-lawyers.com>
**Subject:** Rexon v. BD

Kevin:

I have been trying to get your client's response to whether or not they would agree to add Rexon USA to the litigation. Earlier this week, Don told me you were checking into this. I would like to know whether or not I need to file a motion with the court by the end of the day tomorrow.

Please let me know.

Thanks,
Dina

9/19/2005