US005819619A

# United States Patent [19]

Miller et al.

[11] Patent Number: 5,819,619

[45] Date of Patent: Oct. 13, 1998

[54] **DUST COLLECTION SYSTEM FOR COMPOUND MITER SAW**

[75] Inventors: **Philip Miller**, Lutherville; **Daryl S. Meredith**, Hampstead; **Michael L. O'Banion**, Westminster, all of Md.

[73] Assignee: **Black & Decker Inc.**, Newark, Del.

[21] Appl. No.: **600,907**

[22] Filed: **Feb. 13, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 329,766, Oct. 27, 1994, abandoned, which is a continuation of Ser. No. 88,266, Jul. 7, 1993, abandoned, which is a continuation of Ser. No. 774,767, Oct. 9, 1991, abandoned, and a continuation-in-part of Ser. No. 744,022, Oct. 9, 1991, Pat. No. 5,297,463, Mar. 29, 1994.

[51] **Int. Cl.**[6] .................................. **B26D 7/18**; B27B 5/20

[52] **U.S. Cl.** .......................... **83/100**; 83/468.7; 83/471.3; 83/581

[58] **Field of Search** ............................. 83/100, 391, 393, 83/397, 468.3, 468.7, 471.3, 478, 490, 481, 471.2

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 282,346 | 1/1986 | Pioch | D8/66 |
| D. 295,823 | 5/1988 | Brickner, Jr. et al. | D15/133 |
| D. 305,542 | 1/1990 | Miyamoto et al. | D15/133 |
| D. 306,031 | 2/1990 | Ushiwata et al. | D15/133 |
| D. 331,416 | 12/1992 | Fushiya et al. | D15/133 |
| D. 336,652 | 6/1993 | Arehart | D15/133 |
| 922,840 | 5/1909 | Bemiller | 83/100 |
| 1,476,196 | 12/1923 | Dobyne | 51/273 |
| 1,552,553 | 9/1925 | Georgiaza | 144/252 R |
| 1,830,151 | 11/1931 | Wilderson | 83/162 |
| 1,888,679 | 11/1932 | Knapp | 83/440.2 |
| 3,322,169 | 5/1967 | Hilliard | 83/100 |
| 3,339,597 | 9/1967 | Kohler | 83/166 |
| 3,401,724 | 9/1968 | Kreitz | 83/471.3 |
| 3,585,980 | 6/1971 | Mellor | 125/13.01 |
| 3,998,121 | 12/1976 | Bennett | 83/471.3 |
| 4,028,975 | 6/1977 | Bennett | 83/397 |
| 4,063,478 | 12/1977 | Stuy | 83/478 X |
| 4,144,781 | 3/1979 | Kreitz | 83/100 |
| 4,150,598 | 4/1979 | Berends et al. | 83/478 |
| 4,201,256 | 5/1980 | Truhan | 83/100 X |
| 4,241,505 | 12/1980 | Bodycomb, Jr. et al. | 83/100 X |
| 4,253,362 | 3/1981 | Olson | 83/100 |
| 4,255,995 | 3/1981 | Connor | 83/100 |
| 4,300,426 | 11/1981 | Weaver | 83/100 X |
| 4,367,665 | 1/1983 | Terpstra et al. | 83/100 |
| 4,517,869 | 5/1985 | Kuhlmann et al. | 83/100 |
| 4,576,072 | 3/1986 | Terpstra et al. | 83/100 X |
| 4,694,720 | 9/1987 | Brickner, Jr. et al. | 83/471.3 |
| 4,694,721 | 9/1987 | Brickner, Jr. | 83/471.3 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0048331 | 8/1981 | European Pat. Off. . |
| 0055896 | 11/1981 | European Pat. Off. . |
| 2350245 | 4/1975 | Germany . |
| 2459440 | 8/1976 | Germany . |
| 3136590 | 3/1983 | Germany . |
| 8815327 | 5/1989 | Germany . |
| 1133993 | 10/1979 | Italy . |
| 1315720 | 5/1973 | United Kingdom . |
| 1468096 | 3/1977 | United Kingdom . |
| 1499692 | 2/1978 | United Kingdom . |

*Primary Examiner*—Clark F. Dexter
*Attorney, Agent, or Firm*—Harness, Dickey & Pierce, P.L.C.

[57] **ABSTRACT**

A dust or chip collection and diversion system is provided for a device having a cutting tool for performing a working operation on a workpiece. The position and orientation of the dust-receiving or dust-collecting opening remains constant with respect to the cutting tool regardless of the position or configuration of the device, the device having a movable blade or other cutting tool, thus greatly enhancing the dust collection effectiveness in any of a number of operational configurations. Such position and orientation of the dust-receiving opening is also independent of the movement or position of any adjustable or movable guard or workpiece-supporting fence.

**22 Claims, 5 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,721,023 | 1/1988 | Bartlett et al. | 83/100 |
| 4,794,740 | 1/1989 | Keith et al. | 51/273 |
| 4,799,416 | 1/1989 | Kumasaka et al. | 83/473.3 X |
| 4,869,142 | 9/1989 | Sato et al. | 83/467.1 |
| 4,934,233 | 6/1990 | Brundage et al. | 83/581 X |
| 5,038,650 | 8/1991 | Hodge | 83/471.3 |
| 5,084,972 | 2/1992 | Waugh | 83/100 X |
| 5,421,228 | 6/1995 | Fukinuki | 83/471.3 |



18
17
33
21
14
35
16
10
22
34
23
13
12
20
24
11
20
Fig-1
16
18
8
20
7
17
24
22
10
14
13
12
26
7
8
Fig-2


16
14
18
10
17
33
23
24
22
31
26
20
29
12
25
34
33
33a
21
63
35
43
31
20
14
34
24
45
13
23
11
26
12

Fig-3

Fig-4




Fig-5




Fig-6




Fig-7




Fig-8




Fig-9




Fig-10

# DUST COLLECTION SYSTEM FOR COMPOUND MITER SAW

This is a continuation of U.S. patent application Ser. No. 08/329,766, filed Oct. 27, 1994, entitled DUST COLLECTION SYSTEM FOR COMPOUND MITER SAW, now abandoned, which is a continuation of pending application Ser. No. 08/088,266, filed Jul. 7, 1993, entitled DUST COLLECTION SYSTEM FOR COMPOUND MITER SAW, now abandoned, which is a continuation of application Ser. No. 07/774,767, filed Oct. 9, 1991 entitled DUST COLLECTION SYSTEM FOR COMPOUND MITER SAW, now abandoned.

This is a continuation-in-part of U.S. patent application, Ser. No. 07/744,022, filed Oct. 9, 1991, now issued as U.S. Pat. No. 5,297,463, on Mar. 29, 1994.

## BACKGROUND AND SUMMARY OF THE INVENTION

The present invention relates generally to dust or chip collection systems for saws or other power operated equipment or machinery. More particularly, the invention relates to such dust or chip collection systems with the dust collector being disposed on a movable portion of the saw or other such equipment in order to maintain proper dust-collecting alignment with a movable saw blade or other work-performing device while performing various operations on a workpiece.

Saws and other apparatuses designed for cutting or performing other working operations on a workpiece frequently require a saw blade, cutter, or other such work-performing device that is movable to a number of different positions or orientations for performing various operations. Examples of such equipment include compound miter saws, which allow the user to selectively move the saw blade into any of a number of positions or modes for square cutting, for miter cutting, for bevel cutting, or for compound cutting where a combination miter and bevel are cut. In addition, some operations, such as shaping or dado cutting operations, for example, require the use of saw blades or other cutting devices of different shapes or sizes to be substituted for one another in order to perform the desired operation on the workpiece, whether the workpiece is composed of wood, plastic, metal, or other materials. In most examples of such equipment, it is highly desirable to provide a dust collection system for diverting dust and chips away from the user.

In order to accommodate these widely varied working operations, dust collection ducts, or openings are frequently disposed on an adjustable guard so as to be at least partially adjustable for various operations, or on a fence in order to accommodate the varied positions or orientations of the blade or other cutter. If such dust collector adjustability, by way of adjustment of the guard, were not provided, a substantial loss of dust-collecting effectiveness would result, or a very large dust collection opening would have to be provided in order to accommodate the widely varying range of movement, position, or size of the saw blade, cutter, or other working device. Such collection ducts or openings on guards or fences have been found to be relatively ineffective in many of their adjusted positions, and such large collection openings have been found to be cumbersome and disadvantageous because of the space occupied by them.

In an attempt to address the above-discussed problems, a variety of other dust collection arrangements have previously been provided. However, many of such prior arrangements have suffered the same or other disadvantages, including difficulty in maintaining proper alignment between the dust collection duct or opening and the saw blade or other cutter, inconvenience and interference when performing operations on large or odd-shaped workpieces, the possibility of inadvertently misplacing separate dust collection components, lack of adequate dust collection, or other similar short-comings. Thus, the need has arisen for a dust collection system for compound miter saws, or other power equipment with movable or adjustable blades or cutters, which overcomes these disadvantages, as well as providing greater dust-collection effectiveness, improved ease of operation, economy in manufacturing, and other advantages that will become readily apparent to those skilled in the art from the discussion below.



In accordance with the present invention, an improved dust collection system for a saw or other device having a movable blade or cutting tool is provided. The dust collection system is spaced away from the saw blade or other cutting tool, is separate from any blade or cutter guard, and includes a dust-receiving opening that is at a fixed location relative to the movable blade or cutting tool and movable therewith. Preferably, the dust-receiving opening has an orientation relative to the blade or cutting tool that is aligned with a line that extends between the opening and the blade or cutting tool, with such line extending along a tangent to the rotation of the blade or cutting tool, and with such tangent preferably being at a location on the blade or cutting tool that engages the workpiece when the blade or cutting tool is moved to a workpiece-engaging position. Such dust collection opening orientation thus remains essentially constant during movement of the blade or cutting tool and is independent of any adjustment of the guard.

In preferred embodiments of the present invention for compound miter saws, for example, the dust-receiving opening is disposed at the open end of a dust duct that is interconnected with a pivot mechanism that is adapted for pivotally moving the saw blade into and out of engagement with a workpiece and for pivotally moving the saw blade among various cutting configurations. Such preferred dust duct is pivotally movable with a pivot arm and is preferably disposed in a bifurcated portion of the pivot arm in a space between a pair of spaced-apart legs. The dust duct is adapted for conveying dust or chips away from the saw and the user and can be connected in dust-conveying communication with a dust collection receptacle, either with or without powered dust extraction or dust-conveying vacuum equipment.

Additional objects, advantages, and features of the present invention will become apparent from the following description and the appended claims, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of an exemplary compound miter saw featuring a dust collection system according to the present invention.

FIG. **2** is a front elevational view of the compound miter saw of FIG. **1**.

FIG. **3** is a rear elevational view of the compound miter saw of FIGS. **1** and **2**.

FIG. **4** is a left end elevational view of the compound miter saw of FIGS. **1** through **3**, with portions cut away to illustrate the dust-receiving duct of the present invention.

FIG. **5** is a schematic elevational view, diagrammatically illustrating the exemplary compound miter saw in use for cutting a relatively thick workpiece.

FIG. **6** is a schematic top plan view, diagrammatically illustrating the exemplary compound miter saw in use for performing a miter-cutting operation.

FIG. **7** is a schematic elevational view, similar to that of FIG. **6**, but diagrammatically illustrating a bevel-cutting operation.

FIG. **8** is an elevational view illustrating the optional inclusion of a dust collection receptacle in the exemplary dust collection system of the present invention.

FIG. **9** is a cross-sectional detail view of a preferred dust collection duct according to the invention.

FIG. **10** is a top detail view of a preferred dust collection duct according to the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. **1** through **10** illustrate an exemplary compound miter saw having a dust collection system according to the present invention, shown merely for purposes of illustration. One skilled in the art will readily recognize from the following description, taken in conjunction with the accompanying drawings and claims, that the principles of the invention are equally applicable to compound miter saws or other saws of types other than that shown for purposes of illustration in the drawings. Similarly, one skilled in the art will readily recognize that the principles of a dust collection system according to the invention are also applicable to other types of powered, or even unpowered, equipment for performing an operation on a workpiece. Such other types of equipment include so-called "chop" saws, dado saws, spindle shapers, spindle sanders, or other types of powered or unpowered devices that require movable blades or cutters in order to perform various different workpiece working operations.

Referring primarily to FIGS. **1** through **4**, an exemplary compound miter saw **10** typically has a base assembly **12**, including a table assembly **13**, which is preferably rotatable in order to accommodate the various cutting modes discussed below. The saw **10** also includes a saw blade **14**, at least partially enclosed by a blade guard **16** and driven by a motor **17**, and a handle **18**, which allows the operator to move the saw blade **14** and the blade guard **16** from a clear position free of a workpiece **11** (FIG. **4**) to a cutting position with the saw blade **14** in cutting engagement with the workpiece **11**.

As is conventional in this type of equipment, a fence assembly, indicated generally by reference numeral **20**, is interconnected with the base assembly **12** and extends laterally across the table assembly **13**, against which the workpiece **11** is positioned and supported for performing a cutting operation thereon. The illustrated fence assembly **20** includes a fixed fence portion **22** on one side of the blade **14**, and a movable fence portion **24** slidably movable on a fixed fence-supporting portion **26** on the opposite side of the blade **14** (as shown in FIGS. **1** through **4**), with the fixed and movable fence portions **22** and **24**, respectively, and the fence-supporting portion **26**, extending in a mutually aligned lateral direction to define a workpiece abutment surface, and with the movable fence portion **24** being laterally spaced away from the fixed fence portion **22**. Such lateral spacing or gap between the fixed and movable fence portions **22** and **24**, respectively, provides clearance for the saw blade to perform a cutting operation completely through the workpiece **11**, regardless of the mode or type of cutting operation being performed. As is discussed in more detail below, the movable fence portion **24** is laterally movable toward and away from the fixed fence portion **22** in order to allow the operator to selectively adjust the clearance gap therebetween and thus accommodate the particular cutting operation being performed.

As is typical in this type of equipment, the compound miter saw **10** depicted in the drawings is capable of a number of different cutting modes or positions. Such positions include those for straightcross-cutting operations, straight miter-cutting operations, bevel cutting operations, and various combinations of bevel cutting and miter cutting, commonly called compound cutting operations, with the adjustable fence assembly **20** being adjustable to provide the minimum required clearance gap between the fixed and movable fence portions **22** and **24**, respectively, in any of these cutting modes.

These various cutting operations or working modes, or combinations thereof, are accomplished by way of a compound pivot mechanism **34**, including a pivot arm assembly **21**, which is pivotally interconnected with the rotatable table assembly **13**. The pivot arm assembly **21** includes a trunnion-type pivot mechanism **23**, as shown in FIGS. **1**, **3** through **5**, and **8**, providing for pivotal movement of the saw blade **14** into and out of engagement with the workpiece **11**, and a pivot mechanism **25** providing for pivotal movement of the saw blade **14** among a number of square or bevel cutting configurations. Lateral swinging movement is accomplished by way of the above-mentioned table assembly **13**, which is disposed for rotation relative to the base assembly **12**, thus accommodating movement among the various cutting configurations.

The pivot arm assembly **21**, at least in part as a result of the above-mentioned structure of the trunnion-type pivot **23**, includes a bifurcated lower and rearward end configuration, with this portion of the pivot arm assembly **21** being split to form a pair of pivot legs **29** and **31** with a space therebetween for receiving a dust duct **33** therebetween. The dust duct **33** has a centerline **33***a*, and further has a preferably rectangular-shaped dust-receiving opening **35** at its forward end, a transitional intermediate portion **37**, and a preferably circular outlet opening **39**, to which any of a number of suitable dust-conveying fittings **47**, or other accessories, can be attached.

As is shown in the end elevation view of FIG. **4**, as well as schematically, or diagrammatically, represented in FIGS. **5** through **7**, the dust duct **33** pivotally moves with the pivot arm assembly **21** and/or the rotatable table assembly **13**, and thus with the saw blade **14**, into and out of engagement with the workpiece **11** (or even a workpiece **11***a* of different size or shape) in any of the square cross-cutting, bevel-cutting, miter-cutting, or compound miter-cutting operations of which the compound miter saw **10** is capable. However, because the dust duct **33** is fixedly interconnected with the pivot arm assembly **21**, its position and orientation relative to the saw blade **14** remains constant during any of these operational modes or configurations, thus contributing greatly to the consistency and effectiveness of the dust collection system in the compound miter saw **10**, or in other devices having movable work-performing tools.

Preferably, as shown in FIGS. **4** and **5**, the constant position and orientation of the dust duct **33** is such that the dust-receiving opening **35** is aligned substantially along a line **43** between the dust-receiving opening **35** and the periphery of the saw blade **14**, with the line **43** extending along a tangent to the rotation of the saw blade **14** at a location thereon at which the saw blade **14** engages the workpiece **11** (or **11***a*). In most, if not all, applications of the

present invention, the effectiveness of the dust collection system is maximized when the compound miter saw **10** (or other work-performing device) is configured such that the line **43** is along a tangent to the rotation of the saw blade **14** (or other cutting tool) at a location **45** at which the saw blade **14** (or other cutting tool) exits the workpiece, with such tangent extending generally to the center line **33***a* of the dust-receiving opening **35**, and with such orientation remaining constant regardless of the position of the movable saw blade **14** (or other cutting tool).

By way of such an arrangement, the dust duct **33** (and the dust-receiving opening **35**) can be much smaller than would otherwise be required of a stationary dust collection duct in order to accommodate the wide variance of positions and movement of the saw blade **14** (or other cutting tool) in a device such as the compound miter saw **10**. In addition, in a vacuum-powered dust extraction application (such as that discussed below in connection with FIG. **8**, for example), the dust-conveying kinetic energy provided by such a system can be better concentrated in the area to which dust or chips are propelled by the blade or cutting tool. Still further contributing to the effectiveness of the dust collection system of the present invention is the fact that the position and orientation of the dust duct **33**, and thus the dust-receiving opening **35**, remains constant relative to the saw blade **14** regardless of the movement or adjusted position of either of the blade guard **16** or the fence assembly **20**. Thus the present invention provides a distinct performance advantage over dust collection ducts or openings attached to, or incorporated into, either of these components.

FIGS. **6** and **7** schematically or diagrammatically illustrate a significant feature of the present invention wherein the orientation of the dust receiving opening **35** of the dust duct **33** remains constant relative to the saw blade **14**, regardless of the operational configuration in which the compound miter saw **10** is used. In FIG. **6**, a miter-cutting operation is diagrammatically illustrated, with exemplary miter-cutting positions of the blade **14**, the dust duct **33**, and the dust-receiving opening **35** being shown in phantom lines and indicated by reference numerals **14***a*, **33***a*, and **35***a*, respectively. FIG. **7** similarly diagrammatically illustrates exemplary bevel-cutting positions of these components in phantom lines and being indicated by reference numerals **14***b*, **33***b*, and **35***b*, respectively. One skilled in the art will readily appreciate that an exemplary compound cutting operation would involve a combination of these two configurations, as well as readily recognizing that the orientation of the dust-receiving opening **35** and the dust duct **33** remains constant relative to the saw **14** in any of these configurations, and in both a raised, at-rest position and a work-engaging position (as shown with reference to FIGS. **1** and **4**). Furthermore, as is shown in FIGS. **1** through **4**, for example, the dust duct **33** is separate and independent from the blade guard **16** and is therefore not affected by guard movement or adjustment.

In FIG. **8**, the dust duct **33** is shown with its outlet opening **39** optionally connected, by way of a flexible hose or conduit **51**, to an accessory dust collection receptacle assembly **53**. The assembly **53** preferably includes a removable collection vessel or bin **57** with a conventional centrifugal separator **59** emptying into the bin **57**. As a further option, the assembly **53** can include a powered vacuum-producing fan or blower device **61**, shown schematically in FIG. **8** in phantom lines. With such an optional arrangement, either with or without powered vacuum dust-conveying capabilities, the dust extracted and conveyed away from the saw **10** can be contained and collected for convenient disposal. In lieu of



the arrangement shown in FIG. **8**, however, a conventional dust collection bag accessory **63** can also optionally be provided, as shown schematically in FIG. **4**, where greater portability is desired.

FIGS. **9** and **10** illustrate an exemplary, generally "funnel-shaped", configuration for the dust duct **33**, with a preferred generally rectangular cross-section for the dust-receiving opening **35**, and with the transitional intermediate portion **37** converging to a preferred circular outlet opening **39**. As shown in FIGS. **4** and **5**, for example, an accessory dust deflector or diverter **47**, which can be angulated and laterally open along at least a portion of its outer length in order to deflect dust transversely relative to the dust outlet **39**, as shown in FIGS. **4** and **5** can be removably and advantageously added to the outlet **39**, especially when no accessory collector is used. Such a shape or configuration has been found to be highly effective in dust collection or extraction in experimental prototype versions of the compound miter saw **10**. One skilled in the art will readily recognize, however, that variations or modifications on this configuration, including the adding of accessories as discussed above, may be desirable or required in other types of work-performing devices or applications.

Accordingly, the exemplary compound miter saw **10** constructed in accordance with the principles of the present invention, includes a dust collection system that provides for enhanced dust extraction and diversion away from the operator when performing any of the widely divergent cutting operations, in any of the various operational configurations, of which the compound miter saw **10** is capable. Furthermore, it provides such increased effectiveness regardless of the size or shape of the workpiece (within the saw's design parameters) and regardless of the movement or position of the guard or fence. All of such features greatly contribute to the well-being and comfort of the operator, as well as the cleanliness of the work area.

The foregoing discussion discloses and describes merely exemplary embodiments of the present invention for purposes of illustration only. One skilled in the art will readily recognize from such discussion, and from the accompanying drawings and claims, that various changes, modifications, and variations may be made therein without departing from the spirit and scope of the invention as defined in the following claims.

What is claimed is:

**1**. A work-performing device for performing a work operation on a workpiece, the device comprising:

a workpiece support defining a support surface, said workpiece support including a rotatable table having an axis of rotation;

a fence mounted in a fixed location on said support surface, said fence having a workpiece abutment surface;

a pivot arm;

a rotatable cutting tool mounted on said pivot arm for performing the work operation on the workpiece; and

an adjustable guard covering at least a portion of the cutting tool;

wherein the pivot arm is pivotally secured to said workpiece support at a first pivot joint for selective first pivotal movement of the cutting tool toward and away from the workpiece support to move the cutting tool between a non-engagement position spaced away from the workpiece support and a workpiece-engaging position in order to perform the work operation;

and wherein the pivot arm is also pivotally interconnected with the workpiece support at a second pivot joint for

selective second pivotal movement about a bevel axis through a plurality of angular orientations relative to the support surface, said first pivotal movement being conducted in any of said angular orientations, the first pivot joint being pivotable about said bevel axis to define a bevel plane, said bevel plane being substantially parallel to and at a fixed non-adjustable distance from said axis of rotation of said rotatable table;

the work-performing device further comprising a dust collection system, said dust collection system comprising:

dust collection means spaced away from the cutting tool and the guard and located at a fixed location relative to the cutting tool,

said dust collection means comprising an elongated dust-receiving duct with an inlet thereon for receiving dust during performance of the work operation and an outlet thereon for exhausting dust during performance of the work operation;

said pivot arm comprising a pair of spaced-apart leg portions and said dust-receiving duct positioned in said space between said pivot arm leg portions such that said inlet is located at one side of said pivot arm and said outlet is located at an opposite side of said pivot arm, whereby said dust-receiving duct is movable with the cutting tool to maintain said fixed location relative to the cutting tool, independent of adjustment of the adjustable guard, during any movement of the cutting tool for receiving dust throughout cutting of the workpiece, and

said dust-receiving duct having a longitudinal centerline extending through said inlet and said outlet, said dust-receiving duct being oriented relative to the cutting tool such that the centerline extends in generally the same direction as a tangent line of said cutting tool, said tangent line extending between said duct and the cutting tool along a tangent line to a locus of points formed by the rotation of the periphery of the cutting tool, said tangent line originating at about a point of intersection between the locus of points and a portion of a plane defined by said workpiece abutment surface, said portion being contained within peripheral boundaries of said workpiece abutment surface, and said tangent line extending through substantially the center of said inlet;

said orientation of said longitudinal centerline of said dust-receiving duct relative to the cutting tool remaining substantially constant during said first and second pivotal movements.

**2**. The work-performing device system according to claim **1**, wherein said dust-receiving duct is disposed on said pivot arm at a location between said first pivot joint and the rotatable cutting tool.

**3**. The work performing device according to claim **1**, wherein said workpiece support includes means for pivoting said pivot arm for a selective third pivotal movement through a plurality of miter-cutting orientations, and said first and second movements being conducted in any of said miter-cutting orientations, whereby said dust-receiving duct is pivotally movable with said pivot arm for said first, second, and third pivotal movements, said orientation of said inlet relative to the cutting tool remaining substantially constant during said first, second, and third pivotal movements.

**4**. The work-performing device according to claim **1**, wherein said dust collection system further includes a dust conduit in communication with said dust-receiving duct, for conveying dust away from the wrok-performing device.

**5**. The work-performing device according to claim **4**, wherein said dust collection system further includes a dust collection receptacle in communication with a terminal end of said dust conduit for receiving dust therein.

**6**. The work-performing device according to claim **5**, wherein said dust collection system further includes powered vacuum dust conveying means for forcibly conveying dust from said dust-receiving opening to said dust collection receptacle.

**7**. A sawing apparatus for performing a cutting operation on a workpiece and including a saw and a dust collection system, the saw comprising:

a workpiece support, said workpiece support including a rotatable table having an axis of rotation;

a fence mounted in a fixed location on said workpiece support, said fence having a workpiece abutment surface;

a pivot arm;

a rotatable saw blade operably mounted on said pivot arm; and

an adjustable blade guard covering at least a portion of the saw blade;

wherein the pivot arm is pivotally secured to said workpiece support at a first pivot joint for selective first pivotal movement of the saw blade toward and away from the workpiece support to move the saw blade between a non-engagement position spaced away from the workpiece support and a workpiece-engaging position in order to perform the cutting operation;

and wherein the saw is a compound miter saw having said pivot arm also being pivotally interconnected with the workpiece support at a second pivot joint for selective second pivotal movement about a bevel axis through a plurality of angular bevel-cutting orientations, said first pivotal movement being conducted in any of said angular bevel-cutting orientations, said first pivot joint being pivotable about said bevel axis to define a bevel plane, said bevel plane being substantially parallel to and at a fixed non-adjustable distance from said axis of rotation of said rotatable table; and

the dust collection system comprising:

dust collection means spaced away from the saw blade and the blade guard and located at a fixed location relative to the saw blade,

said dust collection means comprising an elongated dust-receiving duct with an inlet thereon for receiving dust during the performance of the cutting operation and with a dust outlet thereon for exhausting dust during performance of the cutting operation;

said pivot arm comprising a pair of spaced-apart leg portions and said dust-receiving duct positioned in said space between said pivot arm leg portions such that said inlet is located at one side of said pivot arm and said outlet is located at an opposite side of said pivot arm, whereby said dust-receiving duct is movable with the saw blade to maintain said fixed location relative to the saw blade, independent of adjustment of the adjustable guard, during movement of the saw blade for receiving dust throughout cutting of the workpiece, and

said dust-receiving duct having a longitudinal centerline extending through said inlet and said outlet, said dust-receiving duct being oriented relative to the saw blade such that the centerline extends in generally the same direction as a tangent line of said saw blade, said tangent line extending between said duct and the saw

blade along a tangent to a locus of points formed by the rotation of the periphery of the saw blade, said tangent line originating at about a point of intersection between the locus of points and a portion of a plane defined by the workpiece abutment surface, said portion being contained within peripheral boundaries of said workpiece abutment surface, and said tangent line extending through substantially the center of said inlet;

the workpiece support including means for pivoting said pivot arm for a selective third pivotal movement through a plurality of angular miter-cutting orientations, and said first and second pivotal movements being conducted in any of said angular miter-cutting orientations,

said fixed location of said dust-receiving duct relative to the saw blade remaining substantially constant during any of said first, second and third pivotal movements.

**8**. The sawing apparatus according to claim **7**, wherein said dust-receiving duct is disposed on said pivot arm at a location between said first pivot joint and the saw blade.

**9**. The sawing apparatus according to claim **7**, wherein said dust collection system further includes a dust conduit in communication with said dust-receiving duct for conveying dust away from the saw.

**10**. The sawing apparatus according to claim **9**, wherein said dust collection system further includes a dust collection receptacle in communication with a terminal end of said dust conduit for receiving dust therein.

**11**. The sawing apparatus according to claim **10**, wherein said dust collection system further includes powered vacuum dust conveying means for forcibly conveying dust from said dust-receiving duct to said dust collection receptacle.

**12**. The sawing apparatus according to claim **11**, wherein said dust-receiving duct is generally funnel-shaped in configuration, said inlet having a larger opening than that of said dust outlet.

**13**. The sawing apparatus according to claim **12**, wherein said inlet is generally rectangular in shape.

**14**. A work-performing device for performing a work operation on a workpiece, the work-performing device comprising:

a workpiece support, said workpiece support including a rotatable table having an axis of rotation;

a fence mounted in a fixed location on said workpiece support, said fence having a workpiece abutment surface;

a pivot arm;

a rotatable cutting tool mounted on said pivot arm for performing the work operation on the workpiece; and

an adjustable guard covering at least a portion of said cutting tool;

wherein the pivot arm is pivotally secured to said workpiece support at a first pivot joint for selective first pivotal movement of the cutting tool toward and away from the workpiece support to move the cutting tool between a non-engagement position spaced away from the workpiece support and a workpiece-engaging position in order to perform the work operation;

and wherein said pivot arm is also pivotally interconnected with the workpiece support at a second pivot joint for selective second pivotal movement about a bevel axis through a plurality of angular orientations relative to the workpiece support, said first pivotal movement being conducted in any of said angular orientations, said first pivot joint being pivotable about



said bevel axis to define a bevel plane, said bevel plane being substantially parallel to and at a fixed non-adjustable distance from said axis of rotation of said rotatable table;

the work-performing device further comprising a dust collection system, said dust collection system comprising:

a dust collection device spaced away from the cutting tool and the guard and located at a fixed location relative to the cutting tool,

said dust collection device comprising an elongated dust-receiving duct with an inlet thereon for receiving dust during performance of the work operation and with a dust outlet thereon for exhausting dust during performance of the work operation;

said pivot arm comprising a pair of spaced-apart leg portions and said dust-receiving duct positioned in said space between said pivot arm leg portions such that said inlet is located at one side of said pivot arm and said outlet is located at an opposite side of said pivot arm, whereby said dust-receiving duct is movable with the cutting tool to maintain said fixed location relative to the cutting tool, independent of adjustment of the adjustable guard, during movement of the cutting tool for receiving dust throughout cutting of the workpiece, and

said dust-receiving duct having a longitudinal centerline extending through said inlet and said outlet, said dust-receiving duct being oriented relative to the cutting tool such that the centerline extends in generally the same direction as a tangent line of said cutting tool, said tangent line extending between said duct and the cutting tool along a tangent line to a locus of points formed by the rotation of the periphery of the cutting tool, said tangent line originating at about a point of intersection between the locus of points and a portion of a plane defined by said workpiece abutment surface, said portion being contained within peripheral boundaries of said workpiece abutment surface, and said tangent line extending through substantially the center of said inlet;

said orientation of said dust-receiving duct relative to the cutting tool remaining substantially constant during said first and second pivotal movements.

**15**. The work-performing device according to claim **14**, wherein said dust-receiving duct is disposed on said pivot arm at a location between said first pivot joint and the rotatable cutting tool.

**16**. The work performing device according to claim **14**, wherein said workpiece support includes means for pivoting said pivot arm for a selective third pivotal movement through a plurality of miter-cutting orientations, and said first and second movements being conducted in any of said miter-cutting orientations, whereby said dust-receiving duct is pivotally movable with said pivot arm for said first, second, and third pivotal movements, said orientation of said centerline relative to the cutting tool remaining substantially constant during said first, second, and third pivotal movements.

**17**. A sawing apparatus for performing a cutting operation on a workpiece and including a saw and a dust collection system, the saw comprising:

a workpiece support, said workpiece support including a rotatable table having an axis of rotation;

a fence mounted in a fixed location on said workpiece support, said fence having a workpiece abutment surface;

a pivot arm;

a rotatable saw blade operably mounted on said pivot arm; and

an adjustable blade guard covering at least a portion of the saw blade;

wherein said pivot arm is pivotally secured to said workpiece support at a first pivot joint for selective first pivotal movement of the saw blade toward and away from the workpiece support to move the saw blade between a non-engagement position spaced away from the workpiece support and a workpiece-engaging position in order to perform the cutting operation;

and wherein the saw is a compound miter saw having said pivot arm also being pivotally interconnected with the workpiece support at a second pivot joint for selective second pivotal movement about a bevel axis through a plurality of angular bevel-cutting orientations, said first pivotal movement being conducted in any of said angular bevel-cutting orientations, said first pivot joint being pivotable about said bevel axis to define a bevel plane, said bevel plane being substantially parallel to and at a fixed non-adjustable distance from said axis of rotation of said rotatable table; and

the dust collection system comprising:

a dust collection device spaced away from the saw blade and the blade guard and located at a fixed location relative to the saw blade,

said dust collection device comprising an elongated dust-receiving duct with an inlet thereon for receiving dust during the performance of the cutting operation and with an outlet thereon for exhausting dust during performance of the cutting operation;

said pivot arm comprising a pair of spaced-apart leg portions and said dust-receiving duct positioned in said space between said pivot arm leg portions such that said inlet is located at one side of said pivot arm and said outlet is located at an opposite side of said pivot arm, whereby said dust-receiving duct is movable with the saw blade to maintain said fixed location relative to the saw blade, independent of adjustment of the adjustable guard, during movement of the saw blade for receiving dust throughout cutting of the workpiece, and

said duct-receiving duct having a longitudinal centerline extending from said inlet through said outlet, said dust-receiving duct being oriented relative to the saw blade such that the centerline extends in generally the same direction as a tangent line of said saw blade, said tangent line extending between said duct and the saw blade along a tangent to a locus of points formed by the rotation of the periphery of the saw blade, said tangent line originating at about a point of intersection between the locus of points and a portion of a plane defined by the workpiece abutment surface, said portion being contained within peripheral boundaries of said workpiece abutment surface, and said tangent line extending through substantially the center of said inlet for directly receiving saw dust into said dust-receiving duct when the cutting tool is in the workpiece-cutting position;



the workpiece support including means for pivoting said pivot arm for a selective third pivotal movement through a plurality of angular miter-cutting orientations, and said first and second pivotal movements being conducted in any of said angular miter-cutting orientations,

said orientation of said dust-receiving duct relative to the saw blade remaining substantially constant during any of said first, second, and third pivotal movements.

**18**. The sawing apparatus according to claim **17**, wherein said dust collection system further includes a dust conduit in communication with said dust-receiving duct for conveying dust away from the saw.

**19**. The sawing apparatus according to claim **18**, wherein said dust collection system further includes a dust collection receptacle in communication with a terminal end of said dust conduit for receiving dust therein.

**20**. The sawing apparatus according to claim **19**, wherein said dust collection system further includes powered vacuum dust conveying device for forcibly conveying dust from said dust-receiving duct to said dust collection receptacle.

**21**. The sawing apparatus according to claim **20**, wherein said dust-receiving duct is generally funnel-shaped in configuration, said inlet having a larger opening than that of said dust outlet.

**22**. The sawing apparatus according to claim **21**, wherein said inlet is generally rectangular in shape.

* * * * *