# EXHIBIT C

Rexon's Initial Claim Chart prepared September 7, 2005

Delta Miter Saw Model No. 36-255L
Infringement Claim Chart – U.S. Patent No. 6,688,203

The following claim chart in conjunction with the attached Figs. 1-5 provides an element by element comparison of each feature of the representative accused product with each asserted claim of the '203 Patent.[1]

| Claim Limitations | Delta 12" Compound Laser Miter Saw Twin Laser™ Model No. 36-255L |
|---|---|
| 1. A circular sawing machine having an indication device, comprising: | (10) – Fig. 1, Instruction Manual, p. 1 |
| a work table; | (12) – Fig. 1 |
| a saw seat having a first end provided with a saw blade and a second end pivotally mounted on the work table; | (14) – Fig. 1 |
| an indication device mounted on the saw seat, and including | (16) – Fig. 2, Instruction Manual, p. 17 |
| a support seat secured on the saw seat, | (18) – Fig. 4 |
| a slide seat mounted on the support seat, and | (20) – Fig. 2; Fig. 5 |
| an indication light source mounted on the slide seat; and, | (22) – Fig. 2; Fig. 5 |
| an adjusting bolt rotatably mounted between the slide seat and the support seat for adjusting a position of the slide seat, | (24) – Fig. 3, Instruction Manual, p. 15; Fig. 4 |
| the support seat being provided with a catch face formed with a screw hole, and the adjusting bolt being screwed into the screw hole of the catch face and secured on the slide seat. | (26) – Fig. 2 |
| 2. The circular sawing machine having an indication device in accordance with claim 1, wherein the support seat has one end provided with a slide channel for mounting the slide seat. | (28) – Fig. 2 |

---

[1] The references to the "Instruction Manual" refer to the Instruction Manual for the Delta 12" Compound Laser Miter Saw TwinLaser™ Model No. 36-255L. The attached Figures are taken from the Instruction Manual at pages 1, 17, 18 and the associated parts list.

1

| | |
|---|---|
| 3. The circular sawing machine having an indication device in accordance with claim 2, | (10) – Fig. 1; (16) – Fig. 2 |
| wherein the slide channel of the support seat is formed with a screw hole, | (30) – Fig. 4 |
| the slide seat is formed with an elongated slot, and the circular sawing machine further comprises a positioning bolt extending through the elongated slot of the slide seat and screwed into the screw hole formed in the slide channel of the support seat. | (20) – Fig. 2; (24) – Fig. 3 |
| 5. The circular sawing machine having an indication device in accordance with claim 1, further comprising a retaining member mounted on the adjusting bolt and pressed between the catch face of the support seat and the adjusting bolt. | (10) – Fig. 1; (16) – Fig. 2<br><br>(32) – Fig. 2 |
| 6. The circular sawing machine having an indication device in accordance with claim 1, wherein the indication light source is screwed onto one end of the slide seat. | (16) – Fig. 2 |
| 7. The circular sawing machine having an indication device in accordance with claim 1, wherein the slide seat is formed with a screw hole, and the indication light source is screwed in the screw hole of the slide seat. | (16) – Fig. 2 |

2





FIG. 2



FIG. 3



FIG. 4



FIG. 5

Rexon's Initial Claim Chart prepared September 7, 2005

Porter-Cable Miter Saw Model No. 3802L
Infringement Claim Chart – U.S. Patent No. 6,688,203

The following claim chart in conjunction with the attached Figs. 1-5 provides an element by element comparison of each feature of the representative accused product with each asserted claim of the '203 Patent.[1]

| Claim Limitations | Porter-Cable 12" Compound Laser Miter Saw Dual Laser Loc Model No. 3802L |
|---|---|
| 1. A circular sawing machine having an indication device, comprising: | (10) – Fig. 1, Instruction Manual, p. 1 |
| a work table; | (12) – Fig. 1 |
| a saw seat having a first end provided with a saw blade and a second end pivotally mounted on the work table; | (14) – Fig. 1; Fig. 2, Instruction Manual, p. 15 |
| an indication device mounted on the saw seat, and including | (16) – Fig. 2 |
| a support seat secured on the saw seat, | (18) – Fig. 4, parts list drawing |
| a slide seat mounted on the support seat, and | (20) – Fig. 2, Fig 5, parts list drawing |
| an indication light source mounted on the slide seat; and, | (22) – Fig. 2; Fig. 5 |
| an adjusting bolt rotatably mounted between the slide seat and the support seat for adjusting a position of the slide seat, | (24) – Fig. 3, Instruction Manual, p. 16; Fig. 4 |
| the support seat being provided with a catch face formed with a screw hole, and the adjusting bolt being screwed into the screw hole of the catch face and secured on the slide seat. | (26) – Fig. 4 |
| 2. The circular sawing machine having an indication device in accordance with claim 1, wherein the support seat has one end provided with a slide channel for mounting the slide seat. | (28) – Fig. 4 |

---

[1] The references to the "Instruction Manual" refer to the Instruction Manual for the Porter-Cable 12" Compound Laser Miter Saw Dual LaserLoc™ Model No. 3802L. The attached Figures are taken from the Instruction Manual at pages 1, 15 and 16 and the associated parts list.

1

| | |
|---|---|
| 3. The circular sawing machine having an indication device in accordance with claim 2, | (10) – Fig. 1; (16) – Fig. 2 |
| wherein the slide channel of the support seat is formed with a screw hole, | (30) – Fig. 4 |
| the slide seat is formed with an elongated slot, and the circular sawing machine further comprises a positioning bolt extending through the elongated slot of the slide seat and screwed into the screw hole formed in the slide channel of the support seat. | (20) – Fig. 2; (24) – Fig. 3 |
| 5. The circular sawing machine having an indication device in accordance with claim 1, further comprising a retaining member mounted on the adjusting bolt and pressed between the catch face of the support seat and the adjusting bolt. | (10) – Fig. 1; (16) – Fig. 2<br><br>(32) – Fig. 2 |
| 6. The circular sawing machine having an indication device in accordance with claim 1, wherein the indication light source is screwed onto one end of the slide seat. | (16) – Fig. 2 |
| 7. The circular sawing machine having an indication device in accordance with claim 1, wherein the slide seat is formed with a screw hole, and the indication light source is screwed in the screw hole of the slide seat. | (16) – Fig. 2 |

2



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Rexon's Initial Claim Chart prepared September 7, 2005

Porter-Cable Miter Saw Model No. 3700L
Infringement Claim Chart – U.S. Patent No. 6,688,203

The following claim chart in conjunction with the attached Figs. 1-3 provides an element by element comparison of each feature of the representative accused product with each asserted claim of the '203 Patent.[1]

| Claim Limitations | Porter-Cable 10" Compound Laser Miter Saw Twin Laser Model No. 3700L |
|---|---|
| 1. A circular sawing machine having an indication device, comprising: | (10) – Fig. 1, Instruction Manual, p. 1 |
| a work table; | (12) – Fig. 1 |
| a saw seat having a first end provided with a saw blade and a second end pivotally mounted on the work table; | (14) – Fig. 1; Fig. 2, Instruction Manual, p. 15 |
| an indication device mounted on the saw seat, and including | (16) – Fig. 2 |
| a support seat secured on the saw seat, | (18) – Fig. 4, parts list drawing |
| a slide seat mounted on the support seat, and | (20) – Fig. 2, Fig 5, parts list drawing |
| an indication light source mounted on the slide seat; and, | (22) – Fig. 2; Fig. 5 |
| an adjusting bolt rotatably mounted between the slide seat and the support seat for adjusting a position of the slide seat, | (24) – Fig. 3, Instruction Manual, p. 16; Fig. 4 |
| the support seat being provided with a catch face formed with a screw hole, and the adjusting bolt being screwed into the screw hole of the catch face and secured on the slide seat. | (26) – Fig. 4 |
| 2. The circular sawing machine having an indication device in accordance with claim 1, wherein the support seat has one end provided with a slide channel for mounting the slide seat. | (28) – Fig. 4 |

---

[1] The references to the "Instruction Manual" refer to the Instruction Manual for the Porter-Cable 10" Compound Laser Miter Saw Twin Laser™ Model No. 3700L. The attached Figures are taken from the Instruction Manual at pages 1, 14, 15 and the associated parts list.

1

| | |
|---|---|
| 3. The circular sawing machine having an indication device in accordance with claim 2, | (10) – Fig. 1; (16) – Fig. 2 |
| wherein the slide channel of the support seat is formed with a screw hole, | (30) – Fig. 4 |
| the slide seat is formed with an elongated slot, and the circular sawing machine further comprises a positioning bolt extending through the elongated slot of the slide seat and screwed into the screw hole formed in the slide channel of the support seat. | (20) – Fig. 2; (24) – Fig. 3 |
| 5. The circular sawing machine having an indication device in accordance with claim 1, further comprising a retaining member mounted on the adjusting bolt and pressed between the catch face of the support seat and the adjusting bolt. | (10) – Fig. 1; (16) – Fig. 2<br><br>(32) – Fig. 2 |
| 6. The circular sawing machine having an indication device in accordance with claim 1, wherein the indication light source is screwed onto one end of the slide seat. | (16) – Fig. 2 |
| 7. The circular sawing machine having an indication device in accordance with claim 1, wherein the slide seat is formed with a screw hole, and the indication light source is screwed in the screw hole of the slide seat. | (16) – Fig. 2 |

2



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5