UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., <br><br> Plaintiff, <br> v. <br><br> Porter-Cable Corporation, <br> Delta International Machinery, Corp., <br> and Pentair, Inc., <br><br> Defendants. | Civil Action No.: 04-cv-30180 MAP |
| Black & Decker, Inc., <br> Black & Decker (U.S.), Inc., <br> Porter-Cable Corporation, and <br> Delta International Machinery, Corp. <br><br> Plaintiffs-in-Counterclaim, <br> v. <br><br> Rexon Industrial Corporation, Ltd., <br> Rexon USA, Corp. <br><br> Defendants-in-Counterclaim. | |

**UNOPPOSED MOTION TO EXTEND TIME FOR
COUNTER-DEFENDANTS REXON INDUSTRIAL CORPORATION, LTD., AND
REXON USA, CORP., TO RESPOND TO COUNTERCLAIMANTS' AMENDED
COUNTERCLAIMS**

Counter-defendants, Rexon Industrial Corporation, Ltd., ("Rexon") and Rexon USA, Corp., ("Rexon USA"), hereby move the Court for an order extending the time for Rexon and Rexon USA to respond to the Amended Counterclaims until October 31, 2005.

1

The grounds for this motion are as follows:

1. Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable and Delta International Machinery (collectively the "Counterclaimants") filed amended counterclaims on September 22, 2005 (the "Amended Counterclaims");

2. Counter-defendants Rexon and Rexon USA have yet to file an answer to the Amended Counterclaims due to an inadvertent oversight and would now like to file an answer; and

3. Counterclaimants agree not to oppose this motion.

WHEREFORE, Rexon and Rexon USA request an order extending the time for Rexon and Rexon USA to respond to the Amended Counterclaims until October 31, 2005.

Respectfully submitted,

Rexon Industrial Corporation, Ltd. and
Rexon USA Corp.

\_\_\_\_\_/J. Kevin Grogan/_____
J. Kevin Grogan (BBO # 635089)
Arthur F. Dionne (BBO # 125760)
Donald J. MacDonald (BBO# 644582)
Kevin H. Vanderleeden (BBO# 648361)
Emily J. Kasperowski (BBO # 657493)
McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone: (413) 736-5401
Facsimile: (413) 733-4543

**Attorneys for Rexon Industrial Corporation, Ltd., and Rexon USA Corp.**

2

**Certificate of Service**

      I hereby certify that a copy of UNOPPOSED MOTION TO EXTEND TIME FOR COUNTER-DEFENDANT REXON USA, CORP., TO RESPOND TO COUNTERCLAIMANTS' AMENDED COUNTERCLAIMS was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Dina M. Hayes
      Email:  hayes@nshn.com
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone:  (312) 236-0733
Facsimile: (312) 236-3137


C. Jeffrey Kinder (BBO# 563890)
      Email:  kinder@fierstpucci.com
FIERST, PUCCI & KINDER LLP 64 Gothic Street, Suite 4
Northampton, Massachusetts 01060
Phone:  (413) 584-8067
Facsimile:  (413) 585-0787

**Attorneys for Black & Decker Inc.,
Black & Decker (U.S.) Inc., Porter-Cable
Corporation and
Delta International Machinery Corporation**


I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                               /J. Kevin Grogan/
                                           J. Kevin Grogan

**[5038-0044]**