

**Press Release**
**DEWALT Launches Revolutionary Line of Miter Saws To Address Industry Trends and Meet Needs of End Users**

BALTIMORE, September 2005 – DEWALT, a leading manufacturer of power tools, today announced the next generation of its 12" compound miter saws and 12" sliding compound miter saw, available in three models (DW715, DW716, DW718). The new line of DEWALT miter saws addresses current construction trends, such as the use of larger materials. The new miter saws also respond to the increasing need among construction professionals for greater adjustability. In response to these trends, DEWALT spent a significant amount of time with end users to understand the application trends and unmet needs with their miter saws, a relatively unchanged category over the last few years.

DEWALT utilized its user feedback to conclude that professional end users are looking for miter saws with increased cutting capacity, accuracy, durability and that, overall, are easier to use. Given that knowledge, DEWALT set out to design a new line of miter saws with innovative technologies to meet the needs of its end users.

The DW718 is designed with best-in-class crosscutting capacity, allowing users to cut up to 2 x 16 dimensional lumber with a new auxiliary base and back fence design. The tall fences and arm design on the DW718 provide greater vertical capacity, allowing users to cut up to 6-1/2" base molding material standing vertically against the fence. The DW715 and the DW716 have also been designed to offer increased cutting capacity. All of the new miter saws are equipped with easy to use miter and bevel locks to ensure accuracy. Additionally, DEWALT, for the first time, is offering an adjustable miter saw laser system (DW7187), which is compatible with the new line of miter saws.

Accuracy
The DW715, DW716 and DW718 come equipped with a new precise miter system to deliver repeatable and accurate miter cuts. Additionally, all of the saws have a first-of-its-kind machined base fence support system, which provides a more rigid fence and ensures greater accuracy when making cuts. The rail support clamp system on the DW718 delivers durability to the sliding rails for long term accurate cuts.

Capacity
During the past 56 years, single-family homes have grown in size by 130 percent, increasing from an average of 900 to 2,100 square feet. Correlating with the increase in home size, contractors are now working with larger trim materials and lumber dimensions such as large bull nose shelving for closets and larger crown and base moldings, creating a need for new innovations in the miter saw category. In response to this trend, DEWALT has increased the cutting capacity of all its new miter saws to ensure that users can make the required cuts minimizing the need for multiple tools on the job.

The DW718 offers best-in-class crosscut capacity, allowing users to cut 2 x 16 dimensional lumber, increasing efficiency on the jobsite. Additionally, DEWALT designed the DW718 with an innovative tall fence and arm design, which gives the saw a 6-1/2" vertical capacity, the highest vertical capacity on a 12" sliding compound miter saw. The patented backfence design allows DW716 to crosscut 2 x 10 dimension lumber, helping users respond to industry trends while increasing productivity.

Ease of Use
DEWALT designed its new line of 12" miter saws with many intuitive features that make them easier for the end user to operate. A simple to use cam lock miter handle is featured on all of the saws. This new miter lock allows the user to quickly lock the saw in place when

| Home | Membership Login | Find a retailer |

**Products** . **Cordless** . **Woodworking** . **Jobsite Security** . **Footwear/Gear** . **Racing/Events** . **Services/Support**

Product Catalog | All Products at a Glance | New Products | Product Virtual Tours | Testimonials | Warranty Info

Search [        ] Go   Advanced Search

All Products at a Glance  Go

September 27, 2005

Email to a friend     Printer-friendly version

## Press Release
### DEWALT Launches Adjustable Miter Saw Laser System

-- Laser System Compatible With New Line of Revolutionary Miter Saws --

BALTIMORE, September 2005 – DEWALT, a leading manufacturer of power tools, for the first time, is offering an adjustable miter saw laser system (DW7187). The DW7187 was designed exclusively for use on the newly launched revolutionary line of DEWALT 12" compound miter saws and 12" sliding compound miter saw, available in three models (DW715, DW716, DW718).

DEWALT designed the DW7187 as an integral component of the saw that mounts on the upper arm, allowing the laser line to be visible on the top and face of materials. The laser is not obstructed by taller materials placed against the fence and is visible throughout the entire cut. This adjustable laser allows the line to be positioned to the left or right of the contact point of the blade.

Unlike other miter saw lasers, the DW7187 is powered by the saw and, therefore, needs no batteries. The independent on/off switch is attached to the saw and allows the laser line to be visible on the material with or without the blade spinning. A protective housing surrounding the laser helps to ensure durability on the jobsite. The DW7187 is also designed with a bright laser diode, delivering maximum visibility whether cutting inside or outside.

The laser is ideal for a variety of applications from more challenging jobs such as matching trim molding patterns, and cutting compound cuts in crown molding, to less challenging tasks like cutting material to length. The easy-to-install laser can be installed and calibrated in about 10 minutes. The DW7187 is designed exclusively for use on the DW715, DW716 and DW718 DEWALT miter saws. The laser system will not fit the DW703, DW705, DW706, DW708 or DW712 models of DEWALT miter saws or other miter saw brands.

About DEWALT (www.dewalt.com) DEWALT is a leading manufacturer of power tools with more than 300 power tool and equipment products as well as 800 power tool accessories, including corded and cordless drills, saws, hammers, grinders, routers, planers, plate joiners, sanders, lasers, generators, compressors and nailers, as well as saw blades, metal and masonry drill bits, abrasives, screw driving accessories and more. DEWALT tools can be found wherever tools are sold, nationally and internationally. With over 1,000 factory owned and authorized locations, DEWALT has one of the most extensive service and repair networks in North America.

Based in Baltimore, MD, DEWALT manufactures and markets high performance industrial power tools and accessories for residential and industrial construction, professional remodeling and woodworking applications. For more information on the full line of DEWALT high performance tools and accessories, contact **DEWALT Industrial Tool Co.** at **701 E. Joppa Road, TW425, Baltimore, MD 21286**; phone toll-free at **1-800-4-DEWALT** (1-800-433-9258) or visit us at **www.dewalt.com**.

For additional news and editorial inquiries contact *Warschawski Public Relations* , 410-367-2700

### Recent Press Releases
- DEWALT Launches Adjustable Miter Saw Laser System
- DEWALT Launches Revolutionary Line of Miter Saws To Address Industry Trends and Meet Needs of End Users
- DEWALT Introduces SITELOCK, an innovative Security System to Address $1 Billion Jobsite Theft Issue

### Related Articles
- DEWALT Launches Revolutionary Line of Miter Saws To Address Industry Trends and Meet Needs of End Users

### Featured Products

**DW715**
Heavy-Duty 12" (305mm) Single-Bevel Compound Miter Saw


More Details

**DW718**
Heavy-Duty 12" (305mm) Double-Bevel Sliding Compound Miter Saw


More Details

**DW716**
Heavy-Duty 12" (305mm) Double-Bevel Compound Miter Saw


More Details

**To send this article to a friend, just enter the email address below.**

Your email:

Friend's email:

Message: I thought you might be interested in this information I found

[Send]

**Or, you can also print this page.**

Click the button below to bring up a new "printer-friendly version" window to print this page.

[Print]

[Back]

Privacy/Security | DEWALT Legal | 🌐 Global | Webmaster | Company Information

COPYRIGHT© 2005 DEWALT. All Rights Reserved. The following are trademarks for one or more DEWALT Power Tools and Accessories: The yellow and black color scheme; the "D"-shaped air intake grill; the array of pyramids on the handgrip; the kit box configuration; and the array of lozenge-shaped humps on the surface of the tool.

performing miter cuts. Additionally, DeWALT has created a miter detent override system, enabling the user to fine-tune their miter angles without the saw slipping into the miter detents. The DW718 is equipped with a thumb actuated miter lock, an easy to access bevel lock and a new bevel detent system, which allows the user to easily lock in on the most common bevel angles. The DW715 and DW716 are equipped with bevel crown stops, which allow the user to quickly position the miter saw when cutting their crown molding laying flat.

DeWALT, for the first time, is offering an adjustable miter saw laser system which is compatible with all three 12" saws. The DW7187 DeWALT Heavy-Duty Adjustable Miter Saw Laser System helps the user see where the blade will come in contact with the material. The laser helps the user with more challenging jobs such as matching trim patterns and cutting compound cuts in crown molding to less challenging tasks like cutting material to length. The bright laser diode delivers maximum visibility whether cutting inside or outside.

The DW7187 is integral to the saw and mounts on the upper arm, which allows the laser line to be visible on the top and face of materials. The laser is not obstructed by taller materials placed against the fence and is visible throughout the entire cut. The adjustable laser allows the line to be positioned to the left or right of the contact point of the blade. Unlike other miter saw lasers, the DW7187 is powered by the saw and therefore needs no batteries. The on/off switch allows the laser line to be visible on the material with or without the blade spinning.

Portability and Durability
All the new DeWALT 12" miter saws were designed for easy transport and meeting the rigors on and off the jobsite. The DW718 12" sliding compound miter saw weighs in at just 53 pounds and packs up smaller than some 10" slide miter saws. The DW715 & DW716 incorporate new integrated handle locations in the base which make them easier to carry from the vehicle to the jobsite and job to job. All DeWALT miter saws are built with adjustable stainless steel miter detent plates, which deliver long term and repeatable accuracy.

About DeWALT (www.dewalt.com) DeWALT is a leading manufacturer of power tools with more than 300 power tool and equipment products as well as 800 power tool accessories, including corded and cordless drills, saws, hammers, grinders, routers, planers, plate joiners, sanders, lasers, generators, compressors and nailers, as well as saw blades, metal and masonry drill bits, abrasives, screw driving accessories and more. DeWALT tools can be found wherever tools are sold, nationally and internationally. With over 1,000 factory owned and authorized locations, DeWALT has one of the most extensive service and repair networks in North America.


Back