629483-00



# DW7187

Designed exclusively for use on the DW715, DW716 & DW718 DEWALT Miter Saws

Will not function with the DW703, DW705, DW706, DW708 or DW712 DEWALT Miter Saws or any other miter saw brand.

## Heavy-Duty Adjustable Miter Saw Laser System

### Para trabajos pesados Sistema láser ajustable para sierras ingletadoras

### Robuste Système laser réflable pout scie à onglets

- Diseñado exclusivamente para usar en las sierras ingletadoras DEWALT DW715, DW716 y DW718
- No compatible con sierras ingletadoras DEWALT DW703, DW705, DW706, DW708 o DW712 o cualquier otra marca de sierras ingletadoras.

- Conçu exclusivement pour être utilisé avec les scies à onglets DW715, DW716 et DW718 DEWALT.
- Non compatible avec les scies à onglets DEWALT DW703, DW705, DW706, DW708 ou DW712, ou toute autre marque de scies à onglets.



Power Supply • Fuente de Alimentación • Bloc d'Alimentation        Laser Module • Módulo Láser • Module de laser



⚠ **WARNING**: FOR SAFE OPERATION READ INSTRUCTION MANUAL.
⚠ **ADVERTENCIA**: LEA EL MANUAL DE INSTRUCCIONES PARA LA OPERACIÓN SEGURA DE ESTA HERRAMIENTA.
⚠ **AVERTISSEMENT**: POUR S'ASSURER DU FONCTIONNEMENT SÛR, LIRE LE GUIDE D'UTILISATION.

- Designed exclusively for use on the DW715, DW716 & DW718 DEWALT Miter Saws
- Will not function with the DW703, DW705, DW706, DW708 or DW712 DEWALT Miter Saws or any other miter saw brand.
- Diseñado exclusivamente para usar en las sierras ingletadoras DEWALT DW715, DW716 y DW718.
- translation
- Conçu exclusivement pout être utilisé les scies à onglets DW715, DW716 et DW718.
- translation



**Laser Module**
Módulo Láser
Module de Laser

① ~ Three easy-to-use adjustments allow positioning of laser line to left or right of blade kerf.
~ Tres ajustes fáciles de usar permiten ubicar la línea láser a la derecha o a la izquierda del corte de la hoja de sierra.
~ Trois réglages faciles d'utilisation permettant de positionner le trait laser à gauche ou à droite du trait de scie.

② ~ Bright single laser line delivers visibility to the cut path
~ La línea láser única y brillante brinda visibilidad a la línea de corte
~ Trait laser unique brillant qui assure une visibilité au chemin de coupe

③ ~ Protective laser module housing provides durability to the laser diode
~ La cubierta protectora del módulo láser le da durabilidad al diodo láser
~ Logement de protection du module de laser qui assure la durabilité au diode laser



**Power Supply**
Fuente de Alimentación
Bloc d'Alimentation

④ ~ Separate power supply delivers convenient laser switch location without the need for batteries.
~ La fuente de alimentación separada brinda una ubicación conveniente del interruptor del láser sin necesidad de baterías
~ Bloc d'alimentation distinct qui procure un emplacement pratique pour l'interrupteur du laser sans l'utilisation de piles.

⑤ ~ On/Off switch on power supply permits laser use with or without the blade spinning
~ El interruptor de encendido/apagado de la fuente de alimentación permite el uso del láser esté girando o no la hoja de sierra
~ L'interrupteur marche/arrêt du bloc d'alimentation permet l'utilisation du laser sans que la lame ne tourne



Adjustable laser line delivers visibility to cut path
La línea láser brinda visibilidad a la línea de corte
Le trait laser assure une visibilité au chemin de coupe



On/Off switch permits laser use with or without blade spinning
El interruptor de encendido/apagado permite el uso del láser con la hoja en movimiento o en posición estática.
L'interrupteur Marche/Arrêt permet d'utiliser le laser avec ou sans rotation de lame.

**GUARANTEED TOUGH®**
3 YEAR LIMITED WARRANTY | 1 YEAR FREE SERVICE | 90 DAY MONEY BACK GUARANTEE
3 AÑOS DE GARANTÍA LIMITADA | 1 AÑO DE SERVICIO GRATUITO | GARANTÍA DE REEMBOLSO DE 90 DÍAS
GARANTIE LIMITÉE DE 3 ANS | SERVICE GRATUIT PENDANT 1 AN | GARANTIE DE REMBOURSEMENT DE 90 JOURS

The following are examples of trademarks for one or more DEWALT power tools and accessories: The yellow and black color scheme; the "D"-shaped air intake grill; the array of pyramids on the handgrip; the kit box configuration; and the array of lozenge-shaped humps on the surface of the tool.

**DW7187**

0 28877 50095 9

DEWALT Industrial Tool Company
701 East Joppa Road
Baltimore, MD 21286
For product, service or warranty information contact us at:
www.DEWALT.com
or 1-800-4-DEWALT (1-800-433-9258)
U.S. & Canada Only
É.-U. et Canada seulement
Copyright © 2005 DEWALT

Made in Thailand    Fabrcado en Tailandia    Fraique en Thaïllande

Únicamente para propósitos de México:
Importador:
DEWALT Industrial Tools, S.A. de C.V.
Bosques de Cidros de acceso Radiatas No. 42
Col. Bosques de las Lo
05120 México, D.F., Tel. (5) 326-7100
RFC. BDE-810626-1W7
Para más información relacionada a productos, garantía o servicio visite nuestro sitio Web:
www.DEWALT.com

⚠ **WARNING**: FOR SAFE OPERATION READ TOOL INSTRUCTION MANUAL.
⚠ **ADVERTENCIA**: LEA EL MANUAL DE INSTRUCCIONES DE LA HERRAMIENTA PARA UN FUNCIONAMIENTO SEGURO
⚠ **AVERTISSEMENT**: POUR ASSURER UNE UTILISATION SÉCURITAIRE, LIRE LE MODE D'EMPLOI DE L'OUTIL.

629484-00




