# M&H  McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the Desk of*
Donald J. MacDonald
macdonald@ip-lawyers.com
Tel 413 736.5401
Fax 413 733.4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford, CT 06103-3402

John C. Linderman*✝
J. Kevin Grogan*✝
Marina F. Cunningham*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✝
Kevin H. Vanderleeden✝
Jeanne M. Tanner*
John A. Kramer✝
Emily J. Kasperowski✝
*Admitted in CT
✝Admitted in MA

*Patent Agent*
Justin R. Sauer

*Technical Consultant*
Chad M. Rink

*Of Counsel*
Arthur F. Dionne*✝
Donald K. Huber*
Frederick J. Haesche*
John C. Hilton*
Chester E. Flavin✝
William C. Crutcher*
John J. Dempsey

November 1, 2005

**VIA FACSIMILE**
**No. (312) 236-3137**

Dina M. Hayes, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602

Re:   Rexon Industrial Corporation, Ltd., vs. Porter-Cable Corporation Civil Action No. CA-04-30180-MAP
      - (Our File No. 5038-0044)

Dear Dina:

As discussed in our teleconference of today, Rexon would like to amend its Complaint in the above-identified matter to add Black & Decker as a defendant with respect to Rexon's claims of patent infringement of the '203 patent against Porter-Cable and Delta. This is due to Black & Decker's acquisition of both Porter-Cable and Delta.

Additionally, Rexon intends to amend its Complaint to add a count alleging infringement of the '203 patent by Black & Decker based on Black & Decker's sales and other activities related to the recently introduced DeWalt Miter Saws Model Nos. DW715, DW716 and DW718 and the DeWalt Miter Saw Laser System DW7187.

Please let me know by Friday November 4, 2005 whether or not Black & Decker will oppose a motion by Rexon to amend its Complaint as set forth above. If Black & Decker agrees not to oppose Rexon's motion, we will forward to you a draft unopposed motion for your review prior to filing the same.

Please do not hesitate to contact us further if you have any questions.

Very truly yours,

McCORMICK, PAULDING & HUBER LLP

By _____
   Donald J. MacDonald

DJM/klt