# NIRO, SCAVONE, HALLER & NIRO

181 WEST MADISON STREET-SUITE 4600

CHICAGO, ILLINOIS 60602-4515

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

RAYMOND P. NIRO
THOMAS G. SCAVONE
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS

ROBERT P. GREENSPOON
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
PAUL C. GIBBONS
WILLIAM W. FLACHSBART
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY

November 4, 2005

NOV - 4 2005

**By Facsimile 413-733-4543**

Donald MacDonald
MCCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103

Re:   <u>Rexon v. Porter-Cable Case No. 04-CV-30180 MAP</u>

Dear Don:

This is in response to your letter of November 1, 2005 regarding Rexon's desire to amend its complaint in the above referenced litigation to add Black & Decker and assert an additional count of infringement of Rexon's '203 by certain Black & Decker products.

We have considered the amendment and are inclined not to oppose the motion to amend provided: (1) Rexon agrees to supplement its interrogatory responses (including detailed claim charts and proposed claim construction of the asserted claims) within 10 days of entry of the amendment; (2) Rexon provides a competent Rule 30(b)(6) witness on Rexon's infringement contentions of the new and existing accused products by December 30, 2005; and (3) Rexon makes Messrs. Lo, Ku, Chen, Lancaster and Wang available for deposition in Hartford, CT by December 30, 2005.

Also, Black & Decker has analyzed the Tradesman 10" miter saw (Model #M2501W) sold by The Rexon Group under the Power Tool Specialists brand and will be asserting infringement counts of the '040 and '619 patents against this product in our Answer to Rexon's Second Amended Complaint. Black & Decker will supplement its interrogatory answers (with claim charts) for this product and these patents with Rexon ten days after Black & Decker files its Answer to Rexon's Second Amended Complaint.

Don MacDonald
November 4, 2005
Page 2

    If these arrangements are acceptable to Rexon, please forward us a draft unopposed motion for leave to file a Second Amended Complaint.

                        Sincerely,

                        Dina M. Hayes

DMP/
cc: Jeff Kinder (413) 585-0787