&AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/19/2005 |
| NAME OF SERVER *(PRINT)*<br>Dina M. Hayes | TITLE<br>Attorney for Black & Decker |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
by overnight courier to counsel for Rexon USA, McCormick, Paulding & Huber LLP, 1350 Main Street, 5th Fl., Springfield, MA 01103; accepted by Kevin H. Vanderleeden

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/28/2005
                    *Date*

*Signature of Server*

181 W. Madison, Ste. 4600, Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# M&H  McCormick, Paulding & Huber LLP
*Intellectual Property Law*

Offices in
Hartford, CT and
Springfield, MA

From the Desk of
Kevin H. Vanderleeden
vanderleeden@ip-lawyers.com
Tel 413 736.5401
Fax 413 733.4543

1350 Main Street
5th Floor
Springfield, MA 01103-1628
www.IP-Lawyers.com

Correspondence Address:
CityPlace II
185 Asylum Street
Hartford CT 06103-3402

John C. Linderman*✦
J. Kevin Grogan*✦
Marina F. Cunningham*
Daniel G. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✦
Kevin H. Vanderleeden✦
Jeanne M. Tanner*
John A. Kramer✦
Emily J. Kasperowski✦
Chad M. Rink
*Admitted in CT
✦Admitted in MA

Patent Agent
Justin R. Sauer

Of Counsel
Arthur F. Dionne*✦
Donald K. Huber*
John C. Hilton*
Frederick J. Haesche*
Chester E. Flavin✦
William C. Crutcher*
John J. Dempsey✦

December 28, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**
No. (312) 236-3137

Dina M. Hayes, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602

   Re: Rexon Industrial Corporation, Ltd. vs. Porter-Cable
     Corporation Civil Action No. CA-04-30180-MAP
     - (Our File No. 5038-0044)

Dear Dina:

In reference to your letter dated December 19, 2005, we hereby agree to accept service of Black & Decker's Third Party Complaint against Rexon USA, on behalf of Rexon USA.

Please contact our offices, should you have any questions.

Very truly yours,

McCORMICK, PAULDING & HUBER LLP

Kevin H. Vanderleeden

KHV/lmt