IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD.,<br><br>      Plaintiff,<br><br>   v.<br><br>PORTER-CABLE CORPORATION, DELTA INTERNATIONAL MACHINERY CORP., BLACK & DECKER, INC. and BLACK & DECKER (U.S.), INC.,<br><br>      Defendants. | Civil Action No. 04-CV-30180-MAP |
| BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION and DELTA INTERNATIONAL MACHINERY,<br><br>      Plaintiffs-in-Counterclaim,<br><br>   v.<br><br>REXON INDUSTRIAL CORPORATION, LTD.,<br><br>      Defendant-in-Counterclaim. | **AGREED MOTION TO EXTEND THE DEADLINE FOR BLACK & DECKER'S RESPONSES TO REXON'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH** |
| BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION and DELTA INTERNATIONAL MACHINERY,<br><br>      Third-Party Plaintiffs,<br><br>   v.<br><br>REXON USA CORPORATION,<br><br>      Third-Party Defendant. | |

Defendants, Porter-Cable Corporation, Delta International Machinery Corporation, Black & Decker Inc. and Black & Decker (U.S.) Inc. (collectively "Black & Decker"), hereby move for an Order extending the time to file Black & Decker's opposition to Rexon Industrial Corporation, Ltd.'s *Motion for a Protective Order and Motion to Quash Multiple Subpoenas* (Docket No. 49 dated January 24, 2006). Black & Decker's opposition is due today, February 7, 2006.

The parties have recently engaged in settlement discussions. To allow the parties to devote their resources to the on-going settlement discussions, including a face-to-face meeting between the party representatives scheduled February 22, 2006, Black & Decker and Rexon anticipate filing a joint motion shortly to temporarily stay this litigation pending the outcome of the formal settlement meeting.

While the parties have agreed that Rexon's *Motion for a Protective Order and Motion to Quash Multiple Subpoenas* will be subject to the joint motion to stay this litigation temporarily, the joint motion is not likely to be finalized and filed today. Therefore, Black & Decker respectively seeks an extension of seven (7) days to either file its opposition to Rexon's Motion for a Protective Order or file the joint motion to stay this litigation temporarily.

Rexon has been contacted and assents to the filing of this motion for an extension. With the extension, Black & Decker's responses will be due February 14, 2006, provided the Court has not entered the anticipated joint motion to stay this litigation.

A proposed Order is attached as Exhibit A.

Respectfully submitted,

/s/ Dina M. Hayes
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137
Email hayes@nshn.com

C. Jeffrey Kinder (BBO# 563890)
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton, Massachusetts 01060
Phone: (413) 584-8067
Facsimile: (413) 585-0787
Email: kinder@fierstpucci.com

**Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed the foregoing **AGREED MOTION TO EXTEND DEADLINE FOR BLACK & DECKER'S RESPONSES TO REXON'S MOTIONS TO QUASH AND FOR A PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>J. Kevin Grogan (BBO # 635089)
>    Email: grogan@ip-lawyers.com
>Arthur F. Dionne (BBO # 125760)
>    Email: dionne@ip-lawyers.com
>Donald J. MacDonald (BBO # 644582)
>    Email:  macdonald@ip-lawyers.com
>Kevin H. Vanderleeden (BBO # 648361)
>MCCORMICK, PAULDING & HUBER LLP
>1350 Main Street, 5th Floor
>Springfield, Massachusetts 01103
>Phone: (413) 736-5401
>Facsimile: (413) 733-4543
>
>**Attorneys for Rexon Industrial Corporation, Ltd.**

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

>/s/ Dina M. Hayes
>Attorney for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation