IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD.,<br><br>      Plaintiff,<br><br>  v.<br><br>PORTER-CABLE CORPORATION, DELTA INTERNATIONAL MACHINERY CORP., BLACK & DECKER, INC. and BLACK & DECKER (U.S.), INC.,<br><br>      Defendants. | Civil Action No. 04-CV-30180-MAP |
| BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION and DELTA INTERNATIONAL MACHINERY,<br><br>      Plaintiffs-in-Counterclaim,<br><br>  v.<br><br>REXON INDUSTRIAL CORPORATION, LTD.,<br><br>      Defendant-in-Counterclaim. | **[PROPOSED] ORDER GRANTING BLACK & DECKER'S MOTION FOR AN EXTENSION OF TIME** |
| BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., PORTER-CABLE CORPORATION and DELTA INTERNATIONAL MACHINERY,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>REXON USA CORPORATION,<br><br>      Third-Party Defendant. | |

This matter having come before the Court on the pleadings and proceedings of record, and the Court being fully advised, IT IS HEREBY ORDERED THAT

1. Black & Decker's Assented to Motion for an Extension of Time to Respond to Rexon's Motion to Quash and Motion for a Protective is **GRANTED**; and,

2. Black & Decker's Responses to Rexon's Motion to Quash and Motion for a Protective Order are due February 14, 2006.

_____    _____
ENTERED:                                                                       UNITED STATES DISTRICT JUDGE