UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


REXON INDUSTRIAL CORPORATION  )
LTD.,                         )
                   Plaintiff  )
                              )
        v.                    )
                              )
PORTER-CABLE CORPORATION,     )
ET AL.,                       )          Civil Action No. 04-30180-MAP
              Defendants and  )
              Counterclaimants )
                              )
                              )
        v.                    )
                              )
REXON INDUSTRIAL CORPORATION  )
LTD.,                         )
           Counter Defendant  )

REVISED SCHEDULING ORDER
February 9, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' motion for a stay of proceedings

(Document No. 51) only insofar as it requests a revised schedule: The following

schedule shall now apply:

1.    Defendants shall reply to Plaintiff's motion for a protective order

      (Document No. 49) by April 7, 2006.

2.    All non-expert discovery, including depositions, shall be completed by

      May 16, 2006.

3.    Counsel shall appear for a case management conference on May 16,

      2006, at 10:30 a.m. in Courtroom Three.  The March 16, 2006 conference

is hereby cancelled.

4.    Reports from retained experts as required by FED. R. CIV. P. 26(a)(2)

shall be due from the party bearing the burden of proof by June 17, 2006,

with reply reports due by July 15, 2006.

5.    All expert depositions shall be completed by September 14, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: February 9, 2006

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge