UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REXON INDUSTRIAL CORPORATION, LTD.,<br>    Plaintiff<br><br>v.<br><br>PORTER-CABLE CORPORATION,<br>DELTA INTERNATIONAL MACHINERY CORP.<br>and PENTAIR, INC.,<br>    Defendants<br><br>BLACK & DECKER INC.,<br>BLACK & DECKER (U.S.) INC.,<br>PORTER-CABLE CORPORATION and<br>DELTA INTERNATIONAL MACHINERY,<br>    Plaintiffs-in-Counterclaim<br><br>v.<br><br>REXON INDUSTRIAL CORPORATION, LTD.,<br>and REXON USA, CORP.<br>    Defendant-in-Counterclaim | C. A. No. 04-CV-30180-MAP |

## BLACK & DECKER'S MOTION TO FILE UNDER SEAL

Defendants Porter-Cable Corporation and Delta International Machinery Corporation and Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc. ("Black & Decker"), by and through their undersigned attorneys, hereby move this Court pursuant to Local Rule 7.2, to allow the filing under seal of Black & Decker's Opposition to Rexon's Motion for a Protective Order and Motion to Quash Multiple Subpoenas Served on Rexon's Attorneys (the "Opposition") until further order of the Court.

In support thereof, Black and Decker says:

1. The Parties have entered into a Stipulated Protective Order Regarding Confidentiality in this matter (the "Protective Order").

2. Paragraph 10 of the Protective Order provides that any pleading containing information designated as "CONFIDENTIAL" must be filed with the Court under seal.

1

3.  Black and Decker's Opposition being filed contemporaneously herewith contains deposition testimony that has been designated as "CONFIDENTIAL" by Plaintiff and Defendants-in-Counterclaim, Rexon Industrial Corporation, Ltd. and Rexon USA Corp.

WHEREFORE, Defendants Porter-Cable Corporation and Delta International Machinery Corporation together with Plaintiffs-in-Counterclaim Black & Decker Inc. and Black & Decker (U.S.) Inc. move this Court to allow the filing under seal of Black & Decker's Opposition to Rexon's Motion for a Protective Order and Motion to Quash Multiple Subpoenas Served on Rexon's Attorneys.

Dated: April 7, 2006

Respectfully submitted,
DEFENDANTS PORTER-CABLE CORP. and DELTA INTERNATIONAL MACHINERY CORP. and PLAINTIFFS-IN-COUNTERCLAIM BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.
By Their Attorneys,

C. Jeffrey Kinder, BBO# 563890
FIERST, PUCCI & KINDER LLP
64 Gothic Street, Suite 4
Northampton, MA 01060-3042
Phone: 413-584-8067
Facsimile: 413-585-0787

Raymond P. Niro
Raymond P. Niro, Jr.
Christopher J. Lee
Richard B. Megley, Jr.
Dina M. Hayes
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Phone: (312) 236-0733
Facsimile: (312) 236-3137

**Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, the foregoing **BLACK & DECKER'S MOTION TO FILE UNDER SEAL** was manually filed with the Clerk of the Court and a correct copy served upon counsel of record:

*Via Messenger Delivery*

J. Kevin Grogan (BBO #635089)
    Email: grogan@ip-lawyers.com
Arthur F. Dionne (BBO #125760)
    Email: dionne@ip-lawyers.com
Donald J. MacDonald (BBO #644582)
Kevin H. Vanderleeden (BBO #648361)
MCCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone: (413) 736-5401
Facsimile: (413) 733-4543

*Via Federal Express*
Wm. Tucker Griffith
    Email: tucker@ip-lawyers.com
MCCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103-5290
Phone: (860) 549-5290
Facsimile: (860) 527-0464
    **Attorneys for Rexon Industrial Corporation, Ltd.**

_____
C. Jeffrey Kinder
Attorney for Black & Decker Inc., Black & Decker (U.S.) Inc., Porter-Cable Corporation and Delta International Machinery Corporation