UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rexon Industrial Corporation, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 04-cv-30180 MAP |
| ) | |
| Black & Decker, Inc., ) | |
| Black & Decker (U.S.), Inc., ) | |
| Porter-Cable Corporation, and ) | |
| Delta International Machinery, Corp., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Black & Decker, Inc., ) | |
| Black & Decker (U.S.), Inc., ) | |
| Porter-Cable Corporation, and ) | |
| Delta International Machinery, Corp. ) | |
| ) | |
| Plaintiffs-in-Counterclaim, ) | |
| v. ) | |
| ) | |
| Rexon Industrial Corporation, Ltd., and ) | |
| Rexon USA, Corporation ) | |
| ) | |
| Defendant-in-Counterclaim. ) | April 20, 2006 |

STIPULATED MOTION FOR AN ADDITIOINAL
THIRTY-DAY STAY OF PROCEEDINGS

Pursuant to Rule 7(b), of the Federal Rules of Civil Procedure, and the Local Rule 7.1, Plaintiffs/Counterclaim-Defendants, Rexon Industrial Corp., Ltd. and Rexon USA, Corporation (collectively "Rexon"), and Defendants/Counterclaim-Plaintiffs, Black & Decker, Inc., Black & Decker (U.S.), Inc., Porter-Cable Corporation and Delta International Machinery Corp. (collectively "Black & Decker"), hereby move the Court for an additional thirty-day stay of the proceedings in the above-captioned case to allow

- 1 -

the parties additional time to complete the ongoing settlement negotiations. Additionally, the parties request the trial schedule be extended accordingly.

The parties are engaged in settlement negotiations that will likely settle all issues in this case without expending further resources on discovery as well as the Court's valuable time and resources. The grounds for this Motion are as follows:

1. On February 9, 2006, the Court ordered a revised trial schedule allowing the parties a period of sixty days to pursue a settlement.

2. Since that time the parties have been engaged in negotiating a settlement that will likely resolve all of the issues between the parties in this case. Additionally, the proposed settlement should resolve the parties' differences at issue in Civil Action No. 05-CV-30287-MAP also before this Court.

3. During the current stay, representatives from Rexon have traveled from Taiwan, Republic of China, to Black & Decker's headquarters in Towson, Maryland to meet with Black & Decker's representatives in a settlement meeting.

4. The ongoing settlement negotiations between the parties are complex including resolving all of the claims between the parties related to the six patents at issue in this case as well those related to the patent asserted in Civil Action No. 05-CV-30287-MAP.

5. The parties have another settlement meeting scheduled for April 28, 2006 also in Towson, Maryland purportedly to finalize the terms of a settlement.

6. The fact discovery period is currently scheduled to close May 16, 2006 and expert reports are due June 17, 2006.

7. Without the requested stay, both parties will need to expend a significant amount of resources to complete the discovery process in the next few weeks including rescheduling the depositions of certain of Rexon's witnesses in Taiwan. Additionally, both parties will likely need to spend further resources with experts.

WHEREFORE, the parties request an additional thirty-day stay of the proceedings to allow the parties more time for the completion of the ongoing settlement negotiations. The parties have agreed that no discovery shall take place during the requested thirty-day stay.

Further, the parties respectfully request that all dates set forth in the Scheduling Order be extended by an additional thirty days.  The parties have attached a proposed schedule with extended dates to this Motion.


STIPULATED AND AGREED TO:
On behalf of Plaintiff:


/Kevin H. Vanderleeden/                         Date:  April 20, 2006
J. Kevin Grogan (BBO # 635089)
    Email:  grogan@ip-lawyers.com
Arthur F. Dionne (BBO # 125760)
    Email:  dionne@ip-lawyers.com
Kevin H. Vanderleeden (BBO # 648361)
    Email:  vanderleeden@ip-lawyers.com
Donald J. MacDonald (BBO# 644582)
    Email:  macdonald@ip-lawyers.com
MCCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Phone:         (413) 736-5401
Facsimile:     (413) 733-4543

On behalf of Defendant:


       /s/                                      Date:  April 20, 2006
Raymond P. Niro
    Email:  rniro@nshn.com
Raymond P. Niro, Jr.
    Email:  rnirojr@nshn.com
Christopher J. Lee
    Email:  lee@nshn.com
 Richard B. Megley, Jr
    Email:  megleyjr@nshn.com
Dina M. Hayes                                   C. Jeffrey Kinder (BBO# 563890)
    Email:  hayes@nshn.com                          Email:  kinder@fierstpucci.com
NIRO, SCAVONE, HALLER & NIRO                    FIERST, PUCCI & KINDER LLP 64 Gothic
181 West Madison, Suite 4600                    Street, Suite 4
Chicago, Illinois 60602-4515                    Northampton, Massachusetts 01060
Phone:  (312) 236-0733                          Phone:  (413) 584-8067
Facsimile: (312) 236-3137                       Facsimile:  (413) 585-0787

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this \_\_\_\_\_ day of April 20, 2006, a true and correct copy of the foregoing "STIPULATED MOTION FOR AN ADDITIONAL THIRTY-DAY STAY OF PROCEEDINGS" was served electronically to counsel of record as follows:

  Raymond P. Niro
    Email: rniro@nshn.com
  Raymond P. Niro, Jr.
    Email: rnirojr@nshn.com
  Christopher J. Lee
    Email: lee@nshn.com
  Richard B. Megley, Jr
    Email: megleyjr@nshn.com
  Dina M. Hayes
    Email: hayes@nshn.com
  NIRO, SCAVONE, HALLER & NIRO
  181 West Madison, Suite 4600
  Chicago, Illinois 60602-4515
  Phone: (312) 236-0733
  Facsimile: (312) 236-3137

  C. Jeffrey Kinder (BBO# 563890)
    Email: kinder@fierstpucci.com
  FIERST, PUCCI & KINDER LLP 64 Gothic Street, Suite 4
  Northampton, Massachusetts 01060
  Phone: (413) 584-8067
  Facsimile: (413) 585-0787

  **Attorneys for Black & Decker Inc.,**
  **Black & Decker (U.S.) Inc., Porter-Cable**
  **Corporation and**
  **Delta International Machinery Corporation**

            /Kevin H. Vanderleeden/
            Kevin H. Vanderleeden