UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rexon Industrial Corporation, Ltd., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Black & Decker, Inc., )<br>Black & Decker (U.S.), Inc., )<br>Porter-Cable Corporation, and )<br>Delta International Machinery, Corp., )<br>)<br>Defendants. )<br>)<br>Black & Decker, Inc., )<br>Black & Decker (U.S.), Inc., )<br>Porter-Cable Corporation, and )<br>Delta International Machinery, Corp. )<br>)<br>Plaintiffs-in-Counterclaim, )<br>v. )<br>)<br>Rexon Industrial Corporation, Ltd., and )<br>Rexon USA, Corporation )<br>)<br>Defendant-in-Counterclaim. )<br>) | Civil Action No.: 04-cv-30180 MAP |

## **[PROPOSED] ORDER**

The parties have come before the Court with a Stipulated Motion for a Thirty-day Stay of Proceedings. By agreement of the parties, and for good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED that the February 9, 2006 Scheduling Order be modified as follows:

1. Close of all non-expert discovery, including depositions shall be completed by June 16, 2006;

- 1 -

- 2 -

2. Counsel shall appear for a case management conference on: June 16, 2006 at 11:00 a.m.;

3. Reports from retained experts as required by Fed. R. Civ. P. 26(a)(2) shall be due from the party bearing the burden of proof by July 17, 2006, with reply reports due by August 15, 2006; and

4. All expert depositions shall be completed by October 16, 2006.

ENTERED:_____          _____
                                  United States District Judge