UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REXON INDUSTRIAL CORPORATION )
LTD., )
        Plaintiff )
 )
v. )
 )
PORTER-CABLE CORPORATION, )
ET AL., )   Civil Action No. 04-30180-MAP
        Defendants and )
        Counterclaimants )
 )
v. )
 )
REXON INDUSTRIAL CORPORATION )
LTD., )
        Counter Defendant )

FURTHER REVISED SCHEDULING ORDER
April 21, 2006

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the parties' stipulated motion for an additional thirty-day stay of proceedings (Document No. 56) only insofar as it requests a revised schedule. The following schedule shall now apply:

    1.    All non-expert discovery, including depositions, shall be completed by June 16, 2006.

    2.    Counsel shall appear for a case management conference on June 16, 2006, at 11:00 a.m. in Courtroom Three. The May 16, 2006 conference is hereby cancelled.

    3.    Reports from retained experts as required by FED. R. CIV. P. 26(a)(2)

    shall be due from the party bearing the burden of proof by July 17, 2006, with reply reports due by August 15, 2006.

4.    All expert depositions shall be completed by October 16, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: April 21, 2006

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge